AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

──────── DISTRICT OF ────────

FILED
DISTRICT COURT OF GUAM
JUN 15 2004
MARY L. M. MORAN
CLERK OF COURT

ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-00028

TO: (Name and address of defendant)

JAPAN AIRLINES INTERNATIONAL
CO., LTD.,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF GORMAN & GAVRAS
2nd Floor, J&R Building
208 ROUTE 4
Hgatna, GUAM 96910

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                                    JUN 08 2004
CLERK                                                DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6·10·04 |
| NAME OF SERVER (PRINT) Gregory C. Hall | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: A.B. Wonpat International Aport, Suite B-233

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on JAL through Kenji Morita Administration Manager, JAL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/10/04
Date

Signature of Server: *Gregory C. Hall*

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.