William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00028<br><br><br>E R R A T A |

COME NOW Plaintiffs, by and through their undersigned counsel, and hereby make changes to the name of Plaintiff ROBERTO J. ROSARIO. The correct name of Plaintiff is ROBERT J. DEL ROSARIO.

LAW OFFICES OF GORMAN & GAVRAS

Dated: 7/16/04

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO