FILED
DISTRICT COURT OF GUAM
SEP - 7 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL, CO. LTD.,<br><br>Defendant. | Civil Case No. 04-00028<br><br><br><br>MINUTES |

(✓) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(September 7, 2004, 2:35 p.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs was Attorney William L. Gavras. Attorney J. Patrick Mason appeared on behalf of the Defendant.

Attorney Gavras apologized for not submitting a proposed Discovery Plan and Scheduling Order. Attorney Gavras stated that he did not timely provide the Defendant's counsel with a copy of the proposal. Attorney Mason stated that Attorney David Ledger did not sign the proposed Discovery Plan and Scheduling Order because Attorney Ledger did not have an opportunity to discuss its terms with the Defendant. Counsel requested a short continuance, which Magistrate Judge Manibusan granted.

The parties shall submit the required proposed Discovery Plan and Scheduling Order by

Friday, September 17, 2004. The Scheduling Conference is continued to Monday, September 20, 2004 at 2:00 p.m.

The Scheduling Conference concluded at 2:40 p.m.

Dated: September 7, 2004.

_____
JUDITH P. HATTORI
Law Clerk