1
2
3
4
5

FILED
DISTRICT COURT OF GUAM
SEP 21 2004
MARY L. M. MORAN
CLERK OF COURT

6          DISTRICT COURT OF GUAM

7                TERRITORY OF GUAM

8

9  ROBERT J. DEL ROSARIO and                    Civil Case No. 04-00028
   MELANIE DEL ROSARIO,

10        Plaintiffs,

11     vs.

12  JAPAN AIRLINES INTERNATIONAL,
    CO. LTD.,                                         MINUTES
13

14        Defendant.

15

16  (√) SCHEDULING CONFERENCE       ( ) PRELIMINARY PRETRIAL CONFERENCE
         (September 20, 2004, 2:03 p.m.)
17

18  ( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

19  **Notes**: Appearing on behalf of the Plaintiffs was Attorney William L. Gavras. Attorney

20  Donald V. Calvo appeared on behalf of the Defendant.

21         Attorney Gavras filed a Discovery Plan prior to the Scheduling Conference and presented

22  Magistrate Judge Manibusan with a copy of said filing. Additionally, Attorney Gavras presented

23  Magistrate Judge Manibusan with a proposed Scheduling Order which had been signed and

24  approved by Attorney David Ledger, counsel for the Defendant. Magistrate Judge Manibusan

25  inserted the following dates and times in the parties' proposed Scheduling Order:

26     •      Paragraph 10: the preliminary pretrial conference shall be held on June 6, 2005 at

27            2:00 p.m.;

28     •      Paragraph 11: the parties' pretrial materials, discovery materials, witness lists,

1  designations and exhibit lists shall be filed on or before June 13, 2005;

2  • Paragraph 12: the proposed pretrial order shall be filed on or before

3  June 13, 2005;

4  • Paragraph 13: the final pretrial conference shall be held on June 20, 2005 at 2:00

5  p.m.; and

6  • Paragraph 14: the trial shall commence on June 27, 2005 at 9:00 a.m.

7  Magistrate Judge Manibusan also advised counsel that if they wished to submit the case

8  for a settlement conference, he would be available to serve as a settlement judge. The parties

9  shall notify the Court if they wished to do so.

10  The Scheduling Conference concluded at 2:10 p.m.

11  Dated: September 20, 2004.

12  _____
JUDITH P. HATTORI
13  Law Clerk