William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO

FILED
DISTRICT COURT OF GUAM
SEP 21 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00028<br><br>~~PROPOSED~~ *my* SCHEDULING ORDER |

## ~~PROPOSED~~ *my* SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

    Personal Injury sustained during commercial air travel subject to Warsaw convention.

2. The posture of the case is as follows:

   a) The following motions are on file (pending):

   None at the present time.

   b) The following motions have been resolved:

   Not applicable.

   c) The following formal discovery has been initiated:

   None at the present time.

3. All Motions to add parties and claims shall be filed on or before:

   February 11, 2005.

4. All Motions to amend pleadings shall be filed on or before:

   February 11, 2005.

5. Status of Discovery:

   The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. The parties shall appear before the District Court on September 20, 2004 at 2:00 p.m. for the Scheduling Conference.

7. The discovery cut-off dates are set forth in the Discovery Plan.

8. a) The anticipated discovery motions are:

   None at this time.

      b)     Except with leave of court, all discovery motions shall be filed on or before February 1, 2005. These motions will be heard as ordered by the court.

      c)     All dispositive motions shall be filed on or before April 29, 2005 and heard as ordered by the court.

9.     The prospects for settlement are:

      Unknown at this time.

10.     The Preliminary Pretrial Conference shall be held on _June 6, 2005_ at _2:00 p_.m. (no later than 21 days to trial date).

11.     The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before _June 13_, 2005 (no later than 14 days prior to Trial).

12.     The Proposed Pretrial Order shall be filed on or before _June 13_, 2005 (no later than 14 days prior to Trial).

13.     The Final Pretrial Conference shall be held on _June 20, 2005_ at _2:00 p.m._ (no later than 7 days prior to Trial).

14.     The (proposed) Trial date is June 27, 2005 at _9:00 a_.m.

15.     The Plaintiff seek a jury trial.

16.     It is anticipated that it will take four (4) days to try this case.

17. The names of counsel on this case are:

William L. Gavras, Esq. for Plaintiffs Robert J. Del Rosario and Melanie Del Rosario.

David P. Ledger, Esq. for Japan Airlines International Co., Ltd.

18. The parties present the following suggestions for shortening trial:
None at this time.

19. The following issues will affect the status or management of the case:

Unknown at this time

Dated: September 20 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Judge, District Court of Guam

**APPROVED AS TO FORM AND CONTENT:**

GORMAN & GAVRAS

Dated: September 20, 2004    BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO

CARLSMITH BALL LLP

Dated: September 20, 2004    BY: _____
DAVID P. LEDGER, ESQ.
Attorneys for Defendant
JAPAN AIRLINES INTERNATIONAL CO., LTD.

RECEIVED
SEP 20 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4