William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO

RECEIVED
Stamped in Error
JAN - 5 2005
SUPERIOR COURT OF GUAM
CLERKS OFFICE

FILED
DISTRICT COURT OF GUAM
JAN 10 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, <br><br> Plaintiffs, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant. | CIVIL CASE NO. 04-00028 <br><br> STIPULATION EXTENDING DISCOVERY PLAN; and ORDER |

**COME NOW** the parties, through their undersigned counsel, and hereby stipulate to and request the Court to amend the Rule 16 Scheduling Order and Discovery Plan to extend the discovery cut-off for written discovery from December 30, 2004 to April 1, 2005, the existing deadline for lay and expert witness depositions.

The deadline extension will allow the parties to better coordinate written discovery with respect to the taking of depositions. The foregoing extension should also provide opportunity for meaningful settlement offers and counter-offers; all of the foregoing serving the interests of judicial economy.

IT IS SO STIPULATED.

CARLSMITH BALL
Date: 01-03-05

LAW OFFICES OF GORMAN & GAVRAS

Date: December 27, 2004.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO

CARLSMITH BALL LLP

Date: January 3, 2005 ~~December ___, 2004~~.    By: _____
DAVID P. LEDGER, ESQ.
Attorneys for Defendant
JAPAN AIRLINES INTERNATIONAL CO.,
LTD.

SO ORDERED.

Date: January 7, 2005 ~~December ___, 2004~~.    By: _____
HON. JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge


RECEIVED
JAN - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM