William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO

**FILED**
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, <br><br>Plaintiffs, <br><br>vs. <br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br>Defendant. _____/ | CIVIL CASE NO. 04-00028 <br><br><br><br>NOTICE OF DEPOSITION OF RUMI FUIJIHARA |

TO: RUMI FUIJIHARA

PLEASE TAKE NOTICE that on September 14, 2005, at 10:00 a.m. (Japan time), at the Japan Airlines Corporation, JAL Building 2-4-11 Higashi-shinigawa, Shinigawa-ku, Tokyo 140-8605 Japan, Plaintiffs in the above-entitled action will take the deposition of RUMI FUIJIHARA at the address above written, upon oral examination pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths.

//

ORIGINAL

The oral examination(s) will continue from day to day until completed.

LAW OFFICES OF GORMAN & GAVRAS

Date: August 17, 2005.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon David P. Ledger, Esq. of Carlsmith Ball, LLP, a true and correct copy of this document on or before August 17, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Date: August 17, 2005.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO