ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM

SEP - 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br>STIPULATION REGARDING DEPOSITION OF RUMI FUJIWARA AND REIKO ASATANI |

        Counsel for Plaintiffs and Defendant have conferred and have agreed, pursuant to Fed. R. Civ. P. 29, to enter into the following stipulation with regard to the depositions of Rumi Fujiwara and Reiko Asatani in this matter:

        1.    Counsel have agreed to schedule the depositions to commence at 10:00 a.m. on September 14, 2005 in Tokyo, Japan.

        2.    The deposition shall be taken at the headquarters of Japan Airlines located at 2-4-11, Higashi-Shinagawa, Shinagawa-ku, Tokyo, Japan 140-8605. The selection of this location was at the request of Defendant and agreed to by Plaintiffs.

        3.    An oath, affirmation or other Japanese equivalent of a promise to tell the truth given by the deponents shall be for all purposes acceptable under the Rules of the District Court of Guam.

4. The deposition questions shall be in English and translated to Japanese, and the answers in Japanese language translated to English.

5. Plaintiffs represent that Lise William Anthony is a qualified English/Japanese translator and hereby waive any objection to her qualifications.

6. Plaintiffs shall provide the necessary Court Reporter. Defendant agrees to pay the cost of obtaining one (1) copy of each transcript.

7. Upon receiving a copy of each transcript, Counsel for Defendant shall use best efforts to have each deponent review her transcript and make any necessary corrections not later than 30 days after receipt of the transcript.

SO STIPULATED AND AGREED TO: September ___, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Defendant
Japan Airlines International Co., Ltd.

SO STIPULATED AND AGREED TO: September ___, 2005.

LAW OFFICES OF
GORMAN & GAVRAS, P.C.

WILLIAM L. GAVRAS
Attorneys for Plaintiffs
Roberto J. and Melanie Del Rosario

**ORDER**

SO ORDERED:_____

DESIGNATED JUDGE
District Court of Guam