ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br>[PROPOSED] *only*<br>ORDER REGARDING DEPOSITIONS OF RUMI FUJIWARA AND REIKO ASATANI |

Pursuant to a Stipulation lodged with the Court on September 9, 2005, Counsel have stipulated as follows:

1.  To schedule the depositions of Defendants' witnesses Rumi Fujiwara and Reiko Asatani for 10:00 a.m. on September 14, 2005 in Tokyo, Japan;

2.  The depositions shall be taken at the headquarters of Japan Airlines, located at 2-4-11, Higashi-Shinagawa, Shinagawa-ku, Tokyo, Japan 140-8605;

3.  Pursuant to Fed. R. Civ. P. 29, an oath, affirmation or other Japanese equivalent of a promise to tell the truth, given by each deponent, shall be sufficient to render the depositions suitable for use as provided by Fed. R. Civ. P. 29;

4. The deposition questions shall be in English and translated to Japanese, and the answers in Japanese language translated to English;

5. Lise William Anthony is a qualified English/Japanese translator, and any objection to her qualifications are waived;

6. Plaintiffs shall provide the necessary Court Reporter;

7. Defendant shall pay the cost of obtaining one (1) copy of each transcript; and

8. Upon receiving a copy of each transcript, Counsel for Defendant shall, not later than 30 days after receipt of the transcript, cause each deponent to review the transcript and make any necessary corrections.

Having reviewed the stipulation and finding good cause for permitting Counsel to so stipulate, it is hereby ORDERED that the depositions of Rumi Fujiwara and Reiko Asatani shall be obtained as provided for above in paragraphs 1 through 8 on the date and at the location specified.

SO ORDERED: 9/12/2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED
SEP - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM