William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO



FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>    Defendant. | CIVIL CASE NO. 04-00028<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF MELANIE DEL ROSARIO |

COMES NOW, the parties and hereby stipulate to dismiss Plaintiff MELANIE DEL ROSARIO with prejudice from this action.

Date: October 17, 2005

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ROBERT DEL ROSARIO and MELANIE DEL ROSARIO

ORIGINAL

Del Rosario et. al. v. Japan Airlines International, et. al.,
Stipulation for Dismissal with Prejudice for Melanie Del Rosario
October, 2005

CARLSMITH BALL LLP

Dated: October 17, 2005   BY: _____
DAVID P. LEDGER, ESQ.
Attorneys for Defendant
JAPAN AIRLINES INTERNATIONAL CO., LTD.

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Carlsmith Ball LLP a true and correct copy of this document on or before October 17, 2005.

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ROBERT DEL ROSARIO and MELANIE DEL ROSARIO