William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO

**FILED**
DISTRICT COURT OF GUAM
OCT 24 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00028<br><br>ORDER re: DISMISSAL WITH PREJUDICE OF MELANIE DEL ROSARIO |

IT IS HEREBY ORDERED that the Dismissal with Prejudice of Melanie Del Rosario from this action be granted.

Dated: 10-14-05

BY: /s/
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**RECEIVED**
OCT 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM