
FILED
DISTRICT COURT OF GUAM
NOV -3 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00028<br><br><br><br>ORDER |

On October 13, 2005, the Defendant filed a request for a status hearing to discuss an existing conflict in the trial setting of this case and an unrelated civil case. The Court hereby GRANTS the request and schedules a status conference on Wednesday, November 9, 2005 at 9:00 a.m. Counsel should be prepared to discuss their availability and the availability of their witnesses if the Court were to reschedule the trial, presently set for December 6, 2005, to sometime in January, February, or March 2006.

**SO ORDERED** this 3rd day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**ORIGINAL**