# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Robert J. Del Rosario, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Japan Airlines International Co., Ltd.,<br><br>Defendant. | Case No. 1:04-cv-00028<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Granting Status Hearing filed November 3, 2005* on the dates indicated below:

Law Offices of Gorman and Gavras, P.C.            Carlsmith Ball
*November 3, 2005*                                *November 4, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Granting Status Hearing filed November 3, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 7, 2005                            /s/ Renee M. Martinez
                                                      Deputy Clerk