FILED
DISTRICT COURT OF GUAM
NOV - 9 2005 9P
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ROBERT J. DEL ROSARIO
Plaintiff,

vs.

JAPAN AIRLINES INT'L CO., LTD.,
Defendant.

Civil Case No. 04-00028

**MINUTES**

( ) SCHEDULING CONFERENCE

( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE

(√) STATUS CONFERENCE
(November 9, 2005 at 9:05 a.m.)

Present for the Plaintiff was his counsel William Gavras. Appearing on behalf of the Defendant was its counsel Elyze J. McDonald.

Judge Manibusan discussed the fact that trials scheduled in other cases for the month of December 2005 has necessitated the re-scheduling of the trial herein. Judge Manibusan proposed that the trial be moved to the month of January, February or March 2006. Counsel stipualted to moving the trial date to March 13, 2006 before the Honorable James L. Robart, United States District Judge for the Western District of Washington. The Court will hereafter prepare and issue a trial order setting forth the corresponding pretrial dates and deadlines.

ORIGINAL

Mr. Gavras advised the Court that the Plaintiff has had to find a substitute expert witness and that David Ledger had agreed to such a substitution. The continuance of the trial date will permit the Plaintiff's expert the additional time needed to prepare for trial.

Ms. McDonald advised the Court that the Defendant will seek to have its medical expert witness testify live at the trial via video conference. The Defendant has already made preliminary inquiries with the United States District Court for the District of Honolulu to have its expert witness utilize the video-conferencing resources of said court. Ms. McDonald was instructed to file the appropriate motion well in advance of trial for consideration by the trial judge.

The status conference concluded at 9:20 a.m.

Dated this 9th day of November 2005.

Judith P. Hattori
Judith P. Hattori
Law Clerk