

FILED

DISTRICT COURT OF GUAM

NOV - 9 2005 𝒫

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ROBERT J. DEL ROSARIO,

        Plaintiff,

vs.

JAPAN AIRLINES INT'L CO., LTD.,

        Defendant.

Civil Case No. 04-00028

**ORDER**
**Setting Trial Date and Schedule**

     Due to the scheduling needs of the Court, the current December 6, 2005, trial date and all related pretrial deadlines are hereby vacated. As discussed at the November 9, 2005, status conference, trial herein shall commence on Monday, March 13, 2006 and shall be governed by the following schedule:

-     Pursuant to Local Rule LR 16.7(b), the parties shall each file a trial brief by **Friday, February 10, 2006**;

-     A preliminary pretrial conference shall be held on **Tuesday, February 21, 2006 at 10:30 a.m.**;

-     The parties shall each file an Exhibit List in conformance with Rule 16.7(d) of the Local Rules of Practice for the District Court of Guam, Discovery Material Designations, and a Witness List (including potential impeachment and rebuttal witnesses) under separate cover no later than **Monday, February 27, 2006**. The Witness List shall also contain a brief description (two to three paragraphs) of each witness's expected testimony;

-     Three complete sets of marked and tabbed exhibits in three-ring binders shall be lodged with the Court no later than **Monday, February 27, 2006**. A copy

# ORIGINAL

of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- If deposition transcripts will be used at trial, the original of said transcripts shall be lodged with the Court no later than **Monday, February 27, 2006,** and shall be in conformance with Rule 32.1 of the Local Rules of Practice for the District Court of Guam.

- A final pretrial conference shall be held on **Monday, March 6, 2006, at 10:30 a.m.** before Judge James L. Robart.[1]

- The jury trial shall commence on **Monday, March 13, 2006, at 9:00 a.m.** before Judge Robart.

**SO ORDERED** this _9th_ day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

---

[1] The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.