CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM
FEB - 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br><br>DECLARATION OF SERVICE |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 9th of February 2006, I will cause to be served, via hand delivery, a true and correct copy of the PRETRIAL STIPULATION NO. 1 and, this DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

> William L. Gavras, Esq.
> Law Offices of Gorman & Gavras, P.C.
> 2nd Floor, J&R Building
> 208 Route 4
> Hagåtña, Guam 96910

Executed this 9th day of February 2006 at Hagåtña, Guam.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Japan Airlines International Co., Ltd.

4819-7945-4976.1.051729-00006