CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) PRETRIAL DISCLOSURES; DECLARATION OF SERVICE** |

Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD. makes the following disclosure pursuant to Federal Rule of Civil Procedure 26(a)(3):

A.  Witnesses

   1.  Defendant Expects to Call the Following Witnesses:

       a.  John Henrickson, M.D.
           Queens Physicians Office Building II
           1329 Lusitana Street, Suite 301
           Honolulu, Hawaii 96813
           (808) 536-5218



4837-2880-6912.1.051729-00006



b.  Rumi Fujiwara
    Japan Airlines International Co., Ltd.
    c/o Carlsmith Ball LLP
    Bank of Hawaii Bldg., Suite 401
    134 West Soledad Avenue, P.O. Box BF
    Hagåtña, Guam 96932-5027

c.  Reiko Asatani
    Japan Airlines International Co., Ltd.
    c/o Carlsmith Ball LLP
    Bank of Hawaii Bldg., Suite 401
    134 West Soledad Avenue, P.O. Box BF
    Hagåtña, Guam 96932-5027

2. Witnesses Defendant May Call if the Need Arises:

   a. Emergency Room Physician
      Guam Memorial Hospital
      Tamuning, Guam

   b. All witnesses deposed by any party.

   c. Witnesses listed by Plaintiff.

   d. Witnesses identified during the course of further discovery.

   e. Witnesses necessary to authenticate or to provide foundation for documents.

   f. Any necessary rebuttal witnesses.

B. Witnesses Whose Testimony is Expected to be Presented via Deposition: None.

C. Documents and Exhibits

   1. Documents and Exhibits Expected to Be Presented:

      a. Cabin Attendant Forms

      b. Service Irregularity Message

      c. Passenger Illness Injury Report

      d. Photographs of galley equipment

      e. Incident Reports

      f. Expert Reports

2. Documents and Exhibits that Defendant May Offer if the Need Arises:

   a. Emergency Room Record.

   b. Documents and Exhibits listed by Plaintiff.

   c. Documents and Exhibits identified during the course of further discovery.

   d. Documents and Exhibits for the purpose of rebuttal.

   e. Documents and Exhibits produced by Plaintiff, including medical records examined by experts.

DATED: Hagåtña, Guam, February 10, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 16th day of February 2006, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) PRETRIAL DISCLOSURES upon Plaintiffs Counsel of record as follows:

> William L. Gavras, Esq.
> Law Offices of Gorman & Gavras, P.C.
> 2nd Floor, J&R Building
> 208 Route 4
> Hagåtña, Guam 96910

Executed this 16th day of February 2006 at Hagåtña, Guam.

_____
DAVID LEDGER