

FILED
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ROBERT J. DEL ROSARIO,

    Plaintiff,

vs.

JAPAN AIRLINES INTERNATIONAL CO., LTD.,

    Defendant.

Civil Case No. 04-00028

MINUTES

( ) SCHEDULING CONFERENCE     (√) PRELIMINARY PRETRIAL CONFERENCE
(February 21, 2006, at 10:47 a.m.)

( ) FINAL PRETRIAL CONFERENCE     ( ) STATUS CONFERENCE

**Notes**: Attorney William Gavras appeared on behalf of the Plaintiff, who was not present. Appearing on behalf of the Defendant was Attorney David Ledger.

    Counsel advised the Court that because of the uncertainty of the trial date, the parties are willing to consent to the Magistrate Judge presiding over this matter. Counsel stated that although a consent form has not been executed by either party, they expect to do so shortly. Judge Manibusan stated that even if the parties consent to trial before him, any trial date will have to be scheduled around the visiting judges' calendar needs because trial herein will entail the use of the larger courtroom to accommodate the jury.

    Counsel also advised the Court that they are still engaging in settlement discussions, but will continue to prepare the case for trial and comply with all previously set deadlines.

    Judge Manibusan advised the parties that if the district judge transfers the case to him

1  after the parties have consented, the Court can meet with counsel again to set the trial date.

2  The Preliminary Pretrial Conference concluded at 11:05 a.m.

3  Dated: February 21, 2006.

*/s/ Judith P. Hattori*
JUDITH P. HATTORI
Law Clerk