CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



**FILED**
DISTRICT COURT OF GUAM
FEB 23 2006 *ηρ*
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br>**DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) *SUPPLEMENTAL* PRETRIAL DISCLOSURES; DECLARATION OF SERVICE** |

Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD. makes the following *supplemental* disclosure pursuant to Federal Rule of Civil Procedure 26(a)(3):

A.     Witnesses who may be called to testify.

1.     BarBara Cole, Paralegal, Gorman & Gavras, to testify regarding the extent of Plaintiff's injury.

2.     Michael Flynn, Esq., to testify regarding Plaintiff's debts to others and his assignment of lawsuit proceeds to pay his debts.

ORIGINAL

3.     Mr. Hayoa Suehiro, present address and phone number unknown, to testify regarding Plaintiff's debts and lawsuit proceeds as security and collateral for the debts.

4.     Pedro Agravante, to authenticate a photograph of seat 1G and to explain his reasons for taking the photograph.

[....]

C.     Documents and Exhibits

1.     Documents and Exhibits Expected to Be Presented:

[....]

i.     Letter from Gorman & Gavras to Japan Airlines dated November 20, 2002, signed by BarBara Cole for William Gavras.

j.     Letter from Michael Flynn to William Gavras dated February 19, 2003.

k.     Promissory note from Robert Del Rosario to Mr. Hayoa Suehiro dated February 19, 2003.

DATED: Hagåtña, Guam, February 23, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 23rd day of February 2006, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) *SUPPLEMENTAL* PRETRIAL DISCLOSURES upon Plaintiffs Counsel of record as follows:

> William L. Gavras, Esq.
> Law Offices of Gorman & Gavras, P.C.
> 2nd Floor, J&R Building
> 208 Route 4
> Hagåtña, Guam 96910

Executed this 23rd day of February 2006 at Hagåtña, Guam.

DAVID LEDGER