# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Robert J. Del Rosario, et al., | |
| | Case No. 1:04-cv-00028 |
| Plaintiffs, | |
| vs. | |
| Japan Airlines International Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge filed on February 22, 2006, on the dates indicated below:

Law Offices of Gorman & Gavras, P.C.          Carlsmith Ball LLP
February 23, 2006                                           February 23, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge filed on February 22, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 23, 2006                              /s/ Virginia T. Kilgore
                                                                        Deputy Clerk