CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br>DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) *SECOND SUPPLEMENTAL* PRETRIAL DISCLOSURES; DECLARATION OF SERVICE |

Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD. makes the following *second supplemental* disclosure pursuant to Federal Rule of Civil Procedure 26(a)(3):

C. Documents and Exhibits

1. Documents and Exhibits Expected to Be Presented:

[....]

g. Airplane seat map

h. Airplane seat 1G

DATED: Hagåtña, Guam, February 24, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.

3.

# DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 24th day of February 2006, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) *SECOND SUPPLEMENTAL* PRETRIAL DISCLOSURES upon Plaintiffs Counsel of record as follows:

>William L. Gavras, Esq.
>Law Offices of Gorman & Gavras, P.C.
>2nd Floor, J&R Building
>208 Route 4
>Hagåtña, Guam 96910

Executed this 24th day of February 2006 at Hagåtña, Guam.

_____
DAVID LEDGER