DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO,<br><br>    Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>    Defendant. | Civil Case No. 04-00028<br><br>**ORDER** |

Following the consent of the parties, on February 22, 2006, the above-captioned case was referred to the below-signed Magistrate Judge in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Accordingly, the Court hereby sets this matter for a Status Conference on Wednesday, March 1, 2006 at 9:00 a.m.

**SO ORDERED** this 27th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT