### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO,<br><br>  Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>  Defendant. | Civil Case No. 04-00028<br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE     (√) STATUS CONFERENCE
(March 1, 2006, at 9:00 a.m.)

**Notes**: Attorney William Gavras appeared on behalf of the Plaintiff, who was not present. Appearing on behalf of the Defendant was Attorney David Ledger.

    Mr. Ledger advised the Court that he had accepted on February 24, 2006, what he believed was a valid counteroffer proffered by the Plaintiff on said date. Mr. Ledger further informed the Court that on February 27, 2006, Mr. Gavras advised him that the Plaintiff now wanted to proceed to trial. Mr. Gavras confirmed that his client's present position is to proceed forward with a trial date. Based on the current posture of the case and the uncertainty surrounding the alleged settlement, Judge Manibusan stated that the trial dates would be held in abeyance until resolution is reached on the settlement issue.

    Mr. Ledger stated that the deposition that the Defendant had noticed for Friday, March 3, 2006, will be canceled since the Defendant believes that said deposition is no longer

necessary. Mr. Ledger also agreed to submit a proposed Order directing counsel to each file an affidavit setting forth the facts that transpired between them that resulted in the Defendant's belief that a valid and enforceable settlement was reached between the parties. Said affidavits of counsel shall be simultaneously filed on March 10, 2006. The Plaintiff himself shall have the option of filing an affidavit, if he wishes, no later than March 15, 2006.

The Status Conference concluded at 9:28 a.m.

Dated: March 1, 2006.

*/s/ Judith P. Hattori*
JUDITH P. HATTORI
Law Clerk