CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM

MAR - 2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

ROBERTO J. DEL ROSARIO and
MELANIE DEL ROSARIO,

        Plaintiffs,

vs.

JAPAN AIRLINES INTERNATIONAL
CO., LTD.,

        Defendant.

CIVIL CASE NO. CIV04-00028

**ORDER REGARDING SETTLEMENT**

On February 27, 2006, the parties, through counsel, requested the Court to set a Status Conference for this action.

On February 27, 2006, the Court issued an Order setting a Status Conference for March 1, 2006.

On March 1, 2006, David Ledger, Counsel for Japan Airlines International, and William Gavras, Counsel for Plaintiffs, appeared at the Conference. At the Conference, Attorney Ledger recited facts to the Court which, according to Ledger, established that, on February 24, 2006, the parties entered into a binding settlement agreement. Ledger further informed the Court that on February 27, 2006, Gavras advised Ledger that Plaintiff Robert Del Rosario had since disavowed

the settlement, instead wanting to go to trial. Attorney Gavras agreed that all of the facts Ledger recited to the Court are true. Accordingly, to resolve the present status of the settlement, the Court issues the following Order.

Not later than March 10, 2006, Counsel are to file their respective affidavits stating the facts leading up to the making of a valid settlement offer by Plaintiffs and a valid acceptance of that offer by Japan Airlines. Counsel are to file their affidavits simultaneously.

Plaintiff, himself has the option of filing a separate affidavit if he wishes, however, said affidavit must be filed no later than March 15, 2006.

Trial of this matter, and preparation of all pre-trial materials not previously filed by Counsel, are held in abeyance until further Order of the Court.

SO ORDERED.

DATED: March 2, 2006.

_____
HONORABLE
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam