William L. Gavras, Esq.
**LAW OFFICES OF GORMAN & GAVRAS**
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
**ROBERT J. DEL ROSARIO**



**FILED**
DISTRICT COURT OF GUAM

MAR 2 3 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

ROBERT J. DEL ROSARIO,

            **Plaintiff,**

      **vs.**

JAPAN AIRLINES INTERNATIONAL
CO., LTD.,

            **Defendant.**
_____/

**CIVIL CASE NO. 04-00028**

**SECOND AFFIDAVT**
**OF PLAINTIFF'S**
**COUNSEL**

I, WILLIAM L. GAVRAS, ESQ., counsel for Plaintiff, after being duly sworn state

as follows:

I inadvertently stated in paragraph 3 of my previous affidavit that:

> Defense counsel counter-offered with $90,000.00. This counter-offer was
> communicated to defense counsel.

Clearly, the reference to "defense counsel" at the end of sentence was not intended and

was inadvertent. The reference should have been to "plaintiff." What follows is a

corrected version of the affidavit, and I swear and affirm that the following is true:

# ORIGINAL

1.    Sometime near the early part of February, 2006, Plaintiff's counsel and Plaintiff discussed the possibility of entering negotiations with defense counsel. Sometime shortly thereafter, defense counsel communicated to the undersigned his desire to negotiate.

2.    After that the undersigned again discussed settlement with Plaintiff, both in person and over the phone, and after receiving authorization from the Plaintiff, the undersigned communicated an offer $200,000.00 to defense counsel.

3.    Defense counsel counter-offered with $90,000.00. This counter-offer was communicated to plaintiff.

4.    Plaintiff authorized the undersigned to offer $175,000.00. The offer was communicated to defense counsel.

5.    Defense counsel subsequently accepted the offer of $175,000.00.

6.    Plaintiff, himself, is aware of his option of filing a separate affidavit stating his position regarding facts relevant to establishing or denying the existence of a settlement in this matter. He is aware that the deadline for filing his affidavit is no later than March 15, 2006. The undersigned has met with Plaintiff and Plaintiff is aware that this affidavit is being prepared and will be filed with the Court.

2

Plaintiff has not yet seen this affidavit but is aware that the above

stated chronology would be provided to the Court. Plaintiff will be

contacted by the undersigned in order that this affidavit may be

reviewed by him prior to March 15, 2006.

Affiant sayeth naught.

LAW OFFICES OF GORMAN & GAVRAS

Date: March 22, 2006.

By: _____
WILLIAM L. GAVRAS, ESQ.

In and for Guam, U.S.A.     )

City of Hagatna              )

Subscribed and sworn to before me this 22 day of March, 2006 by William L.

Gavras.

_____
Notary Public

ANGELINA O. CRUZ
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: August 30, 2006
P.O. Box 7885 Tamuning, Guam 96931

3

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Carlsmith Ball LLP a true and correct

copy of this document on or before March 23, 2006.

LAW OFFICES OF GORMAN & GAVRAS

Date: March 22, 2006          BY:_____
                                  WILLIAM L. GAVRAS, ESQ.
                                  Attorneys for Plaintiff
                                  ROBERT DEL ROSARIO

4