William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
ROBERT J. DEL ROSARIO



FILED
DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO, | CIVIL CASE NO. 04-00028 |
| Plaintiff, | |
| vs. | MEMORANDUM TO COURT |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | |
| Defendant. | |

COMES NOW counsel for Plaintiff and advises the Court as follows:

1. To date, the Plaintiff has been unable to review the undersigned's affidavit regarding settlement negotiations in this case.

2. Plaintiff has filed a declaration/affidavit with this court regarding the settlement negotiations in this case.

LAW OFFICES OF GORMAN & GAVRAS

Date: March 21, 2006.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
ROBERT J. DEL ROSARIO

**ORIGINAL**

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Carlsmith Ball LLP a true and correct copy of this document on or before March 23, 2006.

LAW OFFICES OF GORMAN & GAVRAS

Date: March 21, 2006   BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
ROBERT DEL ROSARIO