# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Robert J. Del Rosario, | Case No. 1:04-cv-00028 |
| Plaintiff, | |
| vs. | |
| Japan Airlines International Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order filed March 24, 2006, on the dates indicated below:

| Law Offices of Gorman & Gavras | Carlsmith Ball LLP | Robert J. Del Rosario |
|---|---|---|
| March 24, 2006 | March 27, 2006 | March 28, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order filed March 24, 2006

was served on the above listed entities/individual(s) in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 28, 2006    /s/ Virginia T. Kilgore
　　　　　　　　　　　　　　　　　Deputy Clerk