DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM

MAR 30 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. CV-04-00028**            **DATE:** 03/30/2006            **TIME:** 10:17 a.m.

**CAPTION:** <u>DEL ROSARIO</u> -vs- <u>JAPAN AIRLINES INTERNATIONAL CO., LTD.</u>

*************************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**         Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles                                        Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:17:15 - 10:37:37**                    CSO: B. Benavente

******************************* **APPEARANCES** *******************************

**COUNSEL FOR PLAINTIFF(s):**            **COUNSEL FOR DEFENDANT(s):**
 WILLIAM GAVRAS                            DAVID LEDGER

**OTHERS PRESENT**

ROBERT DEL ROSARIO

*************************************************************************************

**PROCEEDINGS:            STATUS CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)  ____Granted  ____Denied  ____Settled  ____Withdrawn  ____Under Advisement

( ) ORDER SUBMITTED ____ Approved  ____Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>The Court set an evidentiary hearing for April 20, 2006 at 9:30 a.m. for the limited purpose of determining whether a settlement agreement had been reached. No later than April 13, 2006, Mr. Mr. Del Rosario is to notify the Court and opposing counsel in writing whether or not he intends to have counsel other than Mr. Gavras represent him at the evidentiary hearing on April 20.</u>

COURTROOM DEPUTY:_____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-04-00028.wpd