

**FILED**
DISTRICT COURT OF GUAM
APR -5 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

ROBERTO J. DEL ROSARIO,

    Plaintiff,

vs.

JAPAN AIRLINES INT'L CO., LTD.,

    Defendant.

Civil Case No. 04-00028

**ORDER**

On January 25, 2006, the Defendant filed a motion requesting that it be permitted to present trial testimony from its medical expert via video-conference. See Docket No. 25. Given the present posture of this case, the Court hereby denies the motion as moot. Should a trial in this action become necessary, the Defendant may re-petition the Court for such relief as it believes is appropriate.

**SO ORDERED** this 5th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE