ORIGINAL

**FILED**

DISTRICT COURT OF GUAM

APR 13 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ROBERTO J. DEL ROSARIO,

         Plaintiff,

    vs.

JAPAN AIRLINES INT'L CO., LTD.,

         Defendant.

Civil Case No. 04-00028

**ORDER**

On March 30, 2006, the parties appeared before the Court for a status conference. At said conference, the Court set an evidentiary hearing for April 20, 2006, for the purposes of determining whether a settlement agreement had been reached between the parties. The Court also directed the Plaintiff to advise the Court and opposing counsel whether he intends to have counsel other than Mr. Gavras represent him at the evidentiary hearing.

On April 12, 2006, the Plaintiff filed a motion seeking to (1) terminate Mr. Gavras as his counsel; (2) continue this matter for 60 days to enable him to find new counsel; and (3) disqualify Mr. Ledger as counsel for the Defendant. Because the motion raises issues related to the proceedings set for April 20th, the Court also schedules said motion for hearing on April 20, 2006 at 9:30 a.m. Counsel wishing to file a response to the Plaintiff's motion shall do so no later than April 18, 2006.

SO ORDERED this 13th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE