# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Robert J. Del Rosario, et al., | Case No. 1:04-cv-00028 |
| Plaintiffs, | |
| vs. | |
| Japan Airlines International Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order Setting Hearing on Motion filed April 13, 2006, on the dates indicated below:

| Law Offices of Gorman and Gavras, P.C | Robert J. Del Rosario | Carlsmith Ball |
|---|---|---|
| April 13, 2006 | April 13, 2006 | April 13, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Setting Hearing on Motion filed April 13, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 13, 2006  /s/ Renee M. Martinez
  Deputy Clerk