William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
ROBERT J. DEL ROSARIO

**FILED**
DISTRICT COURT OF GUAM
APR 1 8 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO, | CIVIL CASE NO. 04-00028 |
| Plaintiff, | STATEMENT OF NONOPPOSITION |
| vs. | |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | |
| Defendant. | |

COMES NOW Plaintiff's counsel and states as follows:

Plaintiff's counsel states it has no objection from being removed as counsel herein. However, contrary to the statements made by Mr. Del Rosario, Plaintiff's counsel asserts it has acted ethically at all times with regard to settlement negotiations and otherwise.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: April 17, 2006

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
ROBERT DEL ROSARIO

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Carlsmith Ball LLP a true and correct copy of this document on or before April 18, 2006. Additionally, Counsel's staff has contacted Plaintiff today, April 17, 2006, and informed him that he may obtain a copy of Defendant's filings of April 17, 2006 as well as a copy of this document at counsel's office. Plaintiff stated he would retrieve copies these documents from counsel's office.

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
ROBERT DEL ROSARIO