
**FILED**
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-04-00028        DATE: 04/20/2006

CAPTION: <u>DEL ROSARIO</u> -vs- <u>JAPAN AIRLINES INTERNATIONAL CO., LTD.</u>

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:53:48 - 11:59:20

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente

*** APPEARANCES ***

COUNSEL FOR PLAINTIFF(s):
ROBERT DEL ROSARIO, PRO SE

COUNSEL FOR DEFENDANT(s):
DAVID LEDGER

OTHERS PRESENT

WILLIAM GAVRAS

***

<u>The Court ruled on the following motions;</u>

▸ <u>**MOTION TO TERMINATE PLAINTIFF'S COUNSEL - MOOT.**</u>
▸ <u>**MOTION FOR 60-DAY CONTINUANCE TO FIND NEW COUNSEL - DENIED.**</u>
▸ <u>**MOTION TO DISQUALIFY MR. LEDGER AS COUNSEL FOR THE DEFENDANT - DENIED.**</u>
▸ <u>**MOTION FOR SANCTIONS - DENIED**</u>

<u>No further written order will be forthcoming on the motions.</u>

PROCEEDINGS: EVIDENTIARY HEARING

( X ) OPENING STATEMENT BY:  <u>MR. LEDGER</u>    BY: <u>MR. DEL ROSARIO</u>
( X ) CLOSING ARGUMENT BY:   <u>MR. LEDGER</u>    BY: <u>MR. DEL ROSARIO</u>
( X ) PLAINTIFF'S EXHIBIT 1 MARKED AND ADMITTED

NOTES:

<u>The Court found that the parties entered into a binding settlement agreement and Mr. Gavras had plaintiff's authority to make the offer. The Court instructed defendant to place the settlement money in the Court's account and to submit a findings of fact and conclusions of law and a proposed judgment that includes the language that the money will be placed in an interest bearing account.</u>

COURTROOM DEPUTY: ___
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-04-00028.wpd

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

ROBERT DEL ROSARIO

V.

JAPAN AIRLINES INTERNATIONAL CO., LTD.

**EXHIBIT AND WITNESS LIST**

Case Number: CV-04-00028

| PRESIDING JUDGE<br>**JOAQUIN V.E. MANIBUSAN, JR.** | PLAINTIFF'S ATTORNEY<br>**ROBERT DEL ROSARIO, PRO SE** | DEFENDANT'S ATTORNEY<br>**DAVID LEDGER** |
|---|---|---|
| HEARING DATE (S)<br>APRIL 20, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **9:59:23 WILLIAM GAVRAS, called and sworn** |
| | | | | | | DX by Mr. Ledger |
| | | | | | | 10: 33:08 CX by Mr. Del Rosario |
| | | | | | | 10:36:37 Re-DX by Mr. Ledger |
| | | | | | | 10:38:40 Witness excused |
| | | | | | | **DAVID LEDGER, called and sworn** |
| | | | | | | 10:39:29 DX by Mr. Del Rosario |
| | | | | | | 10:42:26 End of DX |
| | 1 | | 4/20/06 | | 4/20/06 | Mr. Ledger objected because of lack of foundation. Overruled. |
| | | | | | | **10:49 Closing Argument by Mr. Ledger** |
| | | | | | | **ROBERT DEL ROSARIO, sworn** |
| | | | | | | **10:57:45** Mr. Ledger objected to Mr. Del Rosario testifying. He stated that he would not have any ability to cross-examine Mr. Del Rosario because he dealt with Mr. Gavras. Court held a side bar conference with all parties. |
| | | | | | | 11:07:00 DX by Mr. Gavras |
| | | | | | | 11:34:46 End of DX |
| | | | | | | **DAVID LEDGER, called to testify** |
| | | | | | | 11:38:00 DX by Mr. Gavras |
| | | | | | | 11:42:01 End ofDX |

Page -1-
Case 1:04-cv-00028   Document 61   Filed 04/20/2006   Page 2 of 2