(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney at law

FILED
DISTRICT COURT OF GUAM

APR 26 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| ROBERTO J. DEL ROSARIO, et al., | Civil Case No. 04-00028 |
| Plaintiffs, | APPEARANCE |
| vs. | |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | |
| Defendant. | |

------------

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for plaintiff Roberto J. Del Rosario.

Dated, Hagåtña, Guam,

April 26, 2006.

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney at law

(DOCUMENT\APPEARNC.RDelRosario)

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., an attorney at law admitted to practice before all of the courts of Guam, and that I served the document to which this declaration is annexed on Law Offices of Gorman & Gavras, William L. Gavras, Esq., attorneys for plaintiff Melanie Del Rosario herein, by leaving a copy thereof at J&R Building, 2nd Floor, Suite 208, Hagåtña, Guam, Mr. Gavras's last known address, with a person in charge thereof, on April 26, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2006, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ

# DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., an attorney at law admitted to practice before all of the courts of Guam, and that I served the document to which this declaration is annexed on Carlsmith Ball LLP, David P. Ledger, Esq., attorneys for defendant herein, by leaving a copy thereof at Bank of Hawaii Building, Suite 401, Hagåtña, Guam, Mr. Ledger's last known address, with a person in charge thereof, on April 26, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2006, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ