# United States District Court, District of Guam
## DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*  (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| # | Field | Value |
|---|---|---|
| 1 | NAME | Howard Trapp Inc. |
| 2 | PHONE NUMBER | 477-7000 |
| 3 | DATE | 4/26/06 |
| 4 | MAILING ADDRESS | 200 Saylor Bldg. 139 Chalan Santo Papa |
| 5 | CITY | Hagatna |
| 6 | STATE | GU |
| 7 | ZIP CODE | 96910 |
| 8 | CASE NUMBER | CV04-00028 |
| 9 | CASE NAME | Del Rosario vs. Japan Airlines |
| 10 | FROM | April 20, 2006 |
| 11 | TO | April 20, 2006 |
| 12 | PRESIDING JUDICIAL OFFICIAL | Joaquin V.E. Manibusan, Jr. |
| 13 | CITY | Hagatna |
| 14 | STATE | Guam |

**15. ORDER FOR:**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. CD REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) 9:53:48 - 11:59:20 | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**FILED DISTRICT COURT OF GUAM APR 26 2006 MARY L.M. MORAN CLERK OF COURT**

**17. ORDER**

| | NO. CD(s) | NO. COPIES | COSTS |
|---|---|---|---|
| [ ] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | | |
| [x] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | 1 | |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE 4/26/06 |
|---|---|
| PROCESSED BY | PHONE NUMBER |

| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
|---|---|---|---|---|
| DEPOSIT PAID | | | TOTAL CHARGES | |
| CD DUPLICATED | | | LESS DEPOSIT | 0 |
| ORDERING PARTY NOTIFIED TO PICK UP CD | | | TOTAL REFUNDED | 0 |
| PARTY RECEIVED CD | | | TOTAL DUE | 0 |

Case 1:04-cv-00028   Document 63   Filed 04/26/2006   Page 1 of 1