FILED
DISTRICT COURT OF GUAM
AUG -9 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00028<br><br>**ORDER** |

Having found that the parties contracted to settle this action for $175,000, and based on Mr. Gavras's request at the evidentiary hearing held on April 20, 2006, the Court hereby directs the Defendant to pay to the Clerk of Court for the District Court of Guam, the sum of one hundred seventy-five thousand dollars ($175,000.00.) The Clerk of Court shall deposit said funds into an interest bearing account until further order of the Court. Mr. Gavras and the Plaintiff shall meet and confer to discuss the appropriate disbursement of said funds. If an agreement can not be reached by August 28, 2006, then Mr. Gavras is directed to file the appropriate motion to disburse said funds.

SO ORDERED this _8th_ day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

ORIGINAL