**DISTRICT COURT OF GUAM**
**4TH Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

| | |
|---|---|
| ROBERTO J. DEL ROSARIO,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>    Defendant. | **Case no. 1:04-cv-00028** |

**NOTICE OF ENTRY**

  **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

> *Findings of Fact and Conclusions of Law filed on August 9, 2006, and*
> *Order filed on August 9, 2006*
> *Date of Entry: August 9, 2006*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 14, 2006

                     Clerk of Court:

                     **Mary L.M. Moran**