# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| Robert J. Del Rosario, et al., | Case No. 1:04-cv-00028 |
| Plaintiffs, |  |
| vs. |  |
| Japan Airlines International Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. |  |

The following office(s)/individual(s) acknowledged receipt of the Findings of Fact and Conclusions of Law filed on August 9, 2006 and Order filed on August 9, 2006, on the dates indicated below:

| Law Offices of Gorman & Gavras | Carlsmith Ball LLP | Howard Trapp Incorporated |
|---|---|---|
| Findings of Fact and Conclusions of Law  (August 15, 2006) | August 9, 2006 | August 9, 2006 |
| Order  (August 10, 2006) |  |  |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Findings of Fact and Conclusions of Law filed on August 9, 2006 and Order filed on August 9, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 15, 2006

/s/ Virginia T. Kilgore
Deputy Clerk