# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Robert J. Del Rosario, et al., | Case No. 1:04-cv-00028 |
| Plaintiffs, | |
| vs. | |
| Japan Airlines International Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Notice of Entry filed on August 14, 2006, on the dates indicated below:

| Law Offices of Gorman & Gavras | Carlsmith Ball LLP | Howard Trapp Incorporated |
|---|---|---|
| August 15, 2006 | August 15, 2006 | August 15, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Notice of Entry filed on August 14, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 15, 2006                          /s/ Virginia T. Kilgore
                                                         Deputy Clerk