(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Plaintiff

**FILED**
DISTRICT COURT OF GUAM

AUG 1 8 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| ROBERTO J. DEL ROSARIO, | ( ) | Civil Case No. 04-00028 |
| Plaintiff, | ( ) | NOTICE OF APPEAL |
| vs. | ( ) | |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | ( ) | |
| Defendant. | ( ) | |

Notice is hereby given that plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order for the enforcement of a purported settlement agreement entered in this action on the 9th day of August, 2006.

Dated, Hagåtña, Guam,

August 18, 2006.

*[signature]*

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for plaintiff

(DOCUMENT\NtceAppl.RDelRosario)

**ORIGINAL**

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Plaintiff

## DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| ROBERTO J. DEL ROSARIO, | ( ) | Civil Case No. 04-00028 |
| Plaintiff, | ( ) | REPRESENTATION STATEMENT |
| vs. | ( ) | |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | ( ) | |
| Defendant. | ( ) | |

----------

The parties to this action and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| PLAINTIFF: | ROBERTO J. DEL ROSARIO |
| COUNSEL FOR PLAINTIFF: | HOWARD TRAPP<br>HOWARD TRAPP INCORPORATED<br>200 Saylor Building<br>139 Chalan Santo Papa<br>Hagåtña, Guam 96910<br>Telephone (671) 477-7000 |
| DEFENDANT: | JAPAN AIRLINES INTERNATIONAL CO., LTD. |
| COUNSEL FOR DEFENDANT: | DAVID LEDGER, ESQ.<br>ELYZE McDONALD, ESQ.<br>CARLSMITH BALL LLP<br>Bank of Hawaii Bldg., Suite 401<br>134 West Soledad Avenue,<br>P.O. Box BF |

(REPRESENTATION STATEMENT)
Civil Case No. 04-00028

       Hagåtña, Guam 96932-5027
       Telephone (671) 472-6813

 Dated, Hagåtña, Guam,

  August 18, 2006.

        _____
        HOWARD TRAPP
        For HOWARD TRAPP INCORPORATED
        Attorney for plaintiff

(DOCUMENT\RepStmt.RDelRosario)

2