William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

FILED
DISTRICT COURT OF GUAM
SEP 26 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

ROBERT DEL ROSARIO,

Plaintiff,

vs.

JAPAN AIRLINES INTERNATIONAL CO., LTD.,

Defendant.

CIVIL CASE NO. 04-00028

STIPULATIONS OF PARTIES AND GORMAN & GAVRAS, P.C. REQUEST FOR STATUS CONFERENCE

Comes Now Plaintiff, Robert Del Rosario, personally and by and through his counsel, Howard Trapp, and Gorman & Gavras, P.C., by and through William Gavras, and stipulate as to paragraphs 1, 2, and 3, *infra*. Comes Now Defendant, Japan Airlines International Co., Ltd., by and through its attorney David Ledger, and stipulates to paragraphs 3 and 4, *infra*.

1. In its August 8, 2006, Order this Court ordered that William Gavras meet and confer with Plaintiff so that the distribution of settlement funds may occur and that, if no agreement can be reached on distribution, William Gavras is to file a motion asking this Court to make distribution.

2. William Gavras and counsel for Plaintiff, Howard Trapp, have been engaged in discussions which may at least partially resolve the issue of distribution. Gavras


ORIGINAL

and Trapp agree that they should continue in their efforts before any motion for distribution is made.

3. Defendant has not paid the settlement funds into Court.

4. Gavras and Defendant request a status conference so that the parties and Gavras may state their respective positions on the foregoing issues.

5. Plaintiff agrees to a status conference but only if the status conference is stenographically or electronically recorded and Plaintiff is allowed to be present at the status conference in person.

6. Plaintiff acknowledges by his signature hereto (a) that the foregoing has been explained to him by his counsel, Howard Trapp; (b) that he understands the same; and (c) that he has no objection thereto.

WHEREFORE Plaintiff and Gorman & Gavras, P.C. pray that this Honorable Court permit them to remain in discussions regarding disbursement and all parties pray that this Honorable Court schedule a status conference.

LAW OFFICES OF GORMAN & GAVRAS

Date: 9-20-06

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
ROBERT DEL ROSARIO

Date: SEP 1 5 2006

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Plaintiff

**Del Rosario et. al. v. Japan Airlines International, et. al.,**
**Stipulation and Request For Status Conference**
**September, 2006**

Date: SEP 1 5 2006

_____
ROBERT DEL ROSARIO
Plaintiff

CARLSMITH BALL LLP

Date: 9/25/06   By: _____
DAVID P. LEDGER, ESQ.
Attorneys for Defendant
JAPAN AIRLINES INTERNATIONAL
CO., LTD.