FILED
DISTRICT COURT OF GUAM
SEP 27 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | Civil Case No. 04-00028<br><br><br><br><br>**ORDER** |

This case is before the Court on a stipulation of the parties and a request for a status conference. As requested by the parties, the Plaintiff and William Gavras are permitted to remain in discussions regarding the disbursement of settlement proceeds without the need for William Gavras to file a motion for disbursement. A status hearing is scheduled for October 3, 2006, at 10:00 a.m. in the courtroom on the fourth floor of the U.S. Courthouse. The Plaintiff may appear in person and with counsel at said hearing.

The Court notes that it has set this matter for a status hearing despite the Plaintiff's appeal of the Order directing Defendant to pay $175,000.00 to the Clerk of Court to enforce a settlement agreement purportedly reached between the parties. The Court's continued jurisdiction to proceed forward with the purported settlement will also be addressed at said hearing.

SO ORDERED this 27th day of September 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

ORIGINAL