# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL

**CASE NO. CV-04-00028**  **DATE: October 3, 2006**

**CAPTION: <u>DEL ROSARIO -vs- JAPAN AIRLINES INTERNATIONAL CO., LTD.</u>**

*****************************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**     **Law Clerk:** Judith Hattori
Official Court Reporter: Wanda Miles     Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 10:03:16 - 10:24:06**     CSO: N. Edrosa

*********************************** **A P P E A R A N C E S** ***********************************

**COUNSEL FOR PLAINTIFF(s):**     **COUNSEL FOR DEFENDANT(s):**

HOWARD TRAPP     DAVID LEDGER

**OTHERS PRESENT**

WILLIAM GAVRAS

*****************************************************************************************

**PROCEEDINGS:    STATUS HEARING RE DISBURSEMENT OF SETTLEMENT FUNDS**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)    ____Granted    ____Denied    ____Settled    ____Withdrawn    ____Under Advisement

( ) ORDER SUBMITTED    ____Approved    ____Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>Mr. Gavras brought forth the issue that funds should be deposited based on the Court's order. Plaintiff took no position on the issue because he has appealed the Court's order. Defendant argued whether the Court still has jurisdiction and if Mr. Gavras had standing.</u>
<u>Defense requested for time to submit briefs on the issues. Accordingly, the Court set a due date for defendant's brief on October 24, 2006 and a response deadline from plaintiff and Mr. Gavras by November 6, 2006.</u>
<u>Upon review of the pleadings submitted by parties, the Court will decide whether to set the matter for further proceedings or issue an order.</u>