CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM

OCT 25 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO, Plaintiffs, vs. JAPAN AIRLINES INTERNATIONAL CO., LTD., Defendant. | CIVIL CASE NO. 04-00028 **ORDER** **Granting Defendant's Request for Additional Time to File Brief Regarding Settlement Proceeds** |
|---|---|

The Court, having reviewed Defendant Japan Airlines International Co., Ltd.'s ("JAL") Request for Additional Time to File Brief Regarding Settlement Proceeds, with the representation that JAL and Plaintiff Roberto J. Del Rosario's former counsel, William Gavras, have reached a tentative stipulation as to the disposition of the settlement proceeds, and are awaiting Mr. Del Rosario's current counsel's return to Guam and participation in these discussions, HEREBY ORDERS that the deadline for JAL to submit a brief on the disposition of

///

///

///

the settlement proceeds is EXTENDED from October 24, 2006, until **November 14, 2006**. Should JAL file a brief on or before that date, Mr. Gavras and the Plaintiff have until **November 27, 2006**, to file a brief in response.

SO ORDERED THIS 25th day of October 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge