CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM

OCT 2 7 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br><br><br>**DECLARATION OF SERVICE** |

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 27th day of October 2006, I will cause to be served, via hand delivery, a true and correct copy of the ORDER GRANTING DEFENDANT'S REQUEST FOR ADDITIONAL TIME TO FILE BRIEF REGARDING SETTLEMENT PROCEEDS (Filed 10/25/2006) upon Plaintiffs Counsel of record as follows:

>Howard Trapp, Esq.
>Howard Trapp Incorporated
>200 Saylor Building
>139 Chalan Santo Papa
>Hagåtña, Guam 96910

Executed this 27th day of October 2006 at Hagåtña, Guam.

_____
ELYZE McDONALD

4833-7349-9137.1.051729-00006

Case 1:04-cv-00028   Document 83   Filed 10/27/2006   Page 1 of 1

ORIGINAL