CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.



FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00028<br><br>**ORDER**<br>Granting Second Request for Additional Time to File Brief Regarding Settlement Proceeds |

The Court, having reviewed Defendant Japan Airlines International Co., Ltd.'s ("JAL") Request for Additional Time to File Brief Regarding Settlement Proceeds filed November 13, 2006, with the representation that Plaintiff Roberto J. Del Rosario's former counsel, William Gavras, and Mr. Del Rosario's current counsel, Howard Trapp, do not oppose JAL's request, HEREBY ORDERS that the deadline for JAL to submit a brief on the disposition of the settlement proceeds is EXTENDED until **November 28, 2006**. Should JAL file a brief on or

///

///

///

ORIGINAL

before that date, Mr. Gavras and the Plaintiff have until **December 4, 2006**, to file a brief in response.

SO ORDERED this 15th day of November 2006.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge