CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

FILED
DISTRICT COURT OF GUAM

NOV 28 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br>**REQUEST TO FILE ELECTRONIC TRANSMISSION (PDF); DECLARATION OF SERVICE** |

In accordance with General Rule 5.1(a), Defendant Japan Airlines International Co., Ltd. ("JAL") hereby requests that the Court grant permission for Defendant Japan Airlines International Co., Ltd. to file the electronically transmitted (PDF), Declaration of Elyze J. McDonald in Support of Defendant's Brief Regarding Settlement Proceeds. Attorney McDonald signed the Declaration, however, because she is currently off-island, her signature on the Declaration has been electronically transmitted in PDF. Attorney McDonald has sent to the

Guam office of Carlsmith Ball LLP an original copy of the Declaration via courier. Upon receipt of the original signature, undersigned counsel will immediately file it with the Court.

DATED: Hagåtña, Guam, November 28, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Japan Airlines International Co., Ltd.

## **DECLARATION OF SERVICE**

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on November 28, 2006, I will cause to be served, via hand delivery, a true and correct copy of the REQUEST TO FILE ELECTRONIC TRANSMISSION (PDF); DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

>Howard Trapp, Esq.
>Howard Trapp Incorporated
>200 Saylor Building
>139 Chalan Santo Papa
>Hagåtña, Guam 96910

>Attorneys for Plaintiffs Roberto J. Del Rosario, et al.

Executed this 28th day of November 2006 at Hagåtña, Guam.

_____
DAVID LEDGER