CARLSMITH BALL LLP
DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Japan Airlines International Co., Ltd.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO DEL ROSARIO, and MELANIE DEL ROSARIO,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00028<br><br><br>**ORDER**<br>**Granting Request to File Declaration of Elyze McDonald Without Original Signature** |

The Court hereby **GRANTS** Defendant Japan Airlines International Co., Ltd.'s request to file a copy of the Declaration of Elyze J. McDonald in Support of Defendant's Brief Regarding Settlement Proceeds which does not contain her original signature. Upon its receipt, the Defendant shall file the version of the declaration containing the original signature with the Court.

SO ORDERED this 28th day of November 2006.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge