


MAY 10 2007

MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| **ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO,**<br><br>**Appellant,**<br><br>**- vs -**<br><br>**JAPAN AIRLINES INTERNATIONAL CO., LTD.,**<br><br>**Appellee.** | **C.A. #06-16573**<br>**D.C. #CV-04-00028-VEM**<br><br>**CLERK'S CERTIFICATE OF TRANSMITTAL** |

**UNITED STATES OF AMERICA**
**DISTRICT COURT OF GUAM**

I, Mary L.M. Moran, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Rule 11 of the Federal Rules of Appellate Procedure Section (a) and (b) for the United States Court of Appeals, I am transmitting herein to the United States Court of Appeals for the Ninth Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 10th day of May, 2007.

MARY L.M. MORAN
CLERK, DISTRICT COURT OF GUAM

By: Marilyn B. Alcon
Deputy Clerk

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | | |
|---|---|---|
| **ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO,** | ) | |
| **Appellant,** | ) | **C.A. #06-16573** |
| | ) | **D.C. #CR-04-00028-VEM** |
| **- vs -** | ) | |
| **JAPAN AIRLINES INTERNATIONAL CO., LTD.,** | ) | |
| **Appellee.** | ) | |

**RECORD ON APPEAL**

**FROM THE TERRITORY OF GUAM**

**RECORD ON APPEAL**
**(THREE VOLUMES)**
**REPORTER'S TRANSCRIPT**
**(DOCS #79 and #80)**

**THE HONORABLE JOAQUIN V.E. MANIBUSAN, JR.**

**NAMES AND ADDRESSES OF ATTORNEYS OF RECORD**

**Howard Trapp**
**Howard Trapp Incorporated**
**Suite 200, Saylor Building**
**139 Chalan Santo Papa**
**Hagatna, Guam 96910**

**David Ledger**
**Carlsmith Ball LLP**
**Suite 401, Bank of Hawaii Bldg**
**134 West Soledad Avenue**
**Hagatna, Guam 96910**

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

May 10, 2007

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

**Re: C.A. 06-16573 - CV-04-00028**
**Robert J. Del Rosario and Melanie Del Rosario**
**- vs -**
**Japan Airlines International Co., Ltd.**

**Attn: Records Department**

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(Three Volumes)**
- Reporter's Transcript **(Docs #79 and #80)**
- Docket Sheet

Sincerely,

Marilyn B. Alcon

Marilyn B. Alcon
Deputy Clerk

Enclosures

**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**