Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

FILED
DISTRICT COURT OF GUAM
SEP 1 0 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>           Plaintiffs,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>           Defendant. | CIVIL CASE NO. CV04-00028<br><br>NOTICE OF JUDGMENT BY DEFAULT; CERTIFICATE OF SERVICE |

Notice is hereby provided to this Honorable Court and counsel for the parties in this case, that on September 6, 2007, Judgment by Default was entered in favor of Hayao Suehiro, represented by Michael D. Flynn, Jr., Esq. of MAHER • YANZA • FLYNN • TIMBLIN, LLP, and against Robert J. Del Rosario and Melanie De. Rosario in *Hayao Suehiro v. Robert J. Del Rosario and Melanie Del Rosario*, United States District Court, District of Guam Civil Action No. CIV07-00017. The Judgment grants Hayao Suehiro a security interest in any settlement funds deposited by Japan Airlines International Co., Ltd. with the Clerk of Court in District Court of Guam, Civil Action No. CIV04-00028, subject to determination of an award of settling attorney's fees in such case. A true and

/ /

correct copy of the Judgment by Default is attached as Exhibit "A" to this Notice, and incorporated by reference herein.

Respectfully submitted this 10th day of September, 2007.

                                          **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
                                          Attorneys for **HAYAO SUEHIRO**

By: _____
                            MICHAEL D. FLYNN, JR., ESQ.

**CERTIFICATE OF SERVICE**

I, **MICHAEL D. FLYNN, JR.**, hereby certify that on the 10th day of September, 2007, I caused a copy of the annexed **NOTICE OF JUDGMENT BY DEFAULT; CERTIFICATE OF SERVICE** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorney of record, as follows:

Howard G. Trapp, Esq.
**HOWARD TRAPP INCORPORATED**
200 Saylor Building
139 Chalan Santo Papa
Hagatña, Guam 96910
**Attorneys for Plaintiffs Robert J. Del Rosario and Melanie Del Rosario**

David P. Ledger, Esq.
**CARLSMITH BALL, LLP**
Bank of Hawaii Bldg.
134 W. Soledad Ave., Ste. 401
Hagatña, Guam 96910
**Attorneys for Defendant Japan Airlines International Company, Ltd.**

William L. Gavras, Esq.
**LAW OFFICES OF WILLIAM L. GAVRAS**
2nd Fl., J & R Building
208 Route 4
Hagatña, Guam 96910
**Attorneys for Plaintiffs Robert J. Del Rosario and Melanie Del Rosario**

Dated this 10th day of September, 2007.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for **HAYAO SUEHIRO**

BY: _____
MICHAEL D. FLYNN, JR., ESQ.

Michael D. Flynn, Jr., Esq.
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | CIVIL CASE NO. CIV07-00017 |
| Plaintiff, | |
| vs. | JUDGMENT BY DEFAULT |
| ROBERT J. DEL ROSARIO, MELANIE DEL ROSARIO, | |
| Defendants. | |

The Defendants having failed to plead or otherwise defend, default having been entered and the claim being for a sum certain or for a sum which can by computation be made certain, judgment is hereby entered, pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), against the Defendants, jointly and severally, as follows:

1. Damages in the sum of $100,000.00;

2. Prejudgment interest of 1% per month, compounded monthly, from February 18, 2003 to May 15, 2007 (i.e., an amount totaling $64,354.63), and 2% per month, compounded monthly, from May 16, 2007 to the date of Judgment (i.e., an amount totaling $15,208.53 to August 30, 2007);

1

Exhibit A

3. Attorney's fees of $16,640.00;

4. Costs of $1,007.60 in connection with the collection of the indebtedness on the Promissory Note;

5. Plaintiff is granted a security interest in any settlement funds deposited by Japan Airlines Co., Ltd. with the Clerk of Court in District Court of Guam, Civil Case No. CIV04-00028 subject to determination of an award of settling attorney's fees in such case;

6. The Clerk of Court is ordered to first and immediately pay the Plaintiff and attempt to fully satisfy the Defendant's indebtedness to Plaintiff by disbursing to Plaintiff any and all settlement funds deposited with the Clerk of Court under District Court of Guam, Civil Case No. CIV04-00028, immediately upon receiving said settlement funds after the issue concerning settling attorney's fees is settled and paid if appropriate;

7. Plaintiff is granted judgment against the Defendants, jointly and severally, for any deficiency in the settlement funds deposited with the Clerk of Court, under District Court of Guam, Civil Case No. CIV04-00028, should said settlement funds be insufficient to satisfy Robert J. Del Rosario's debt, plus interest, costs and reasonable attorney's fees; and

8. Costs of suit.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Sep 06, 2007

2