UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
DISTRICT COURT OF GUAM
DEC 19 2007
JEANNE G. QUINATA
Clerk of Court

ROBERTO DEL ROSARIO,

    Plaintiff - Appellant,

V.

JAPAN AIRLINES INTERNATIONAL CO. LTD.,

    Defendant - Appellee.

No. 06-16573

D.C. No. CV-04-00028-VEM

**JUDGMENT**

Appeal from the United States District Court for the USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/20/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 12 2007
by
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERTO J. DEL ROSARIO, | No. 06-16573 |
| Plaintiff - Appellant, | D.C. No. CV-04-00028-VEM |
| v. | |
| JAPAN AIRLINES INTERNATIONAL CO. LTD., | MEMORANDUM* |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Guam
Joaquin V.E. Manibusan, Jr., Magistrate Judge,** Presiding

Submitted October 22, 2007 ***

Before:  B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The parties consented in writing to proceed before a magistrate judge.

\*\*\*     The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Form 10. Bill of Costs


FILED
DEC - 3 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

<u>Note</u>: If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Roberto J. Del Rosario and Melanie Del Rosario v. Japan Airlines International Co., Ltd.

CA No. 06-16573

The Clerk is requested to tax the following costs against: __Plaintiff-Appellant__

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 15 | .10 | 10.50 | 7 | 15 | .10 | 10.50 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 33 | .10 | 66.00 | 20 | 30 | .10 | 66.00 |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $ 76.50 | | | TOTAL | $ 76.50 |

COPY

**Form 10. Bill of Costs** - *Continued*

<u>Other</u>: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, <u>Elyze J. McDonald</u>, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _Elyze McDonald_
Date: _29 November 2007_

Name of Counsel (printed or typed): Elyze J. McDonald, Carlsmith Ball LLP
Attorney for: Japan Airlines International Co., Ltd.

---

Date: _12/12/07_  Costs are taxed in the amount of $ _76.50_

Clerk of Court
By _Abriela Naw Alle_ Deputy Clerk

---

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 12 2007
by:
Deputy Clerk

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Appellee
Japan Airlines International Co., Ltd.

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO, <br><br> Plaintiff-Appellant, <br><br> vs. <br><br> JAPAN AIRLINES INTERNATIONAL CO., LTD., <br><br> Defendant-Appellee. | NO. 06-16573 <br><br> **PROOF OF SERVICE** |

I, Elyze McDonald, attorney for Appellee Japan Airlines International Co., Ltd., hereby declare under penalty of perjury of the laws of the United States, that on the 29th day of November 2007, I filed and served via DHL (a third-party express courier) the BILL OF COSTS, upon the office of the Clerk at the United States Court of Appeals as follows:

        Clerk at the United States Court of Appeals
        95 Seventh Street
        San Francisco, CA 94103

Further, on the 29th day of November 2007, I served via Hand Delivery the

BILL OF COSTS, upon Appellant's Counsel of record as follows:

        Howard Trapp, Esq.
        Howard Trapp Incorporated
        200 Saylor Building
        139 Chalan Santo Papa
        Hagåtña, Guam 96910

Executed this 29th day of November 2007 at Hagåtña, Guam.

        *[signature]*
        ELYZE J. McDONALD