William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368



**FILED**
DISTRICT COURT OF GUAM

FEB 0 7 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT DEL ROSARIO, | CIVIL CASE NO. 04-00028 |
| Plaintiff, | |
| vs. | AGREEMENT OF HEARING DATE |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | |
| Defendant. | |

### AGREEMENT OF HEARING DATE

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, William L. Gavras, Esq. am the attorney for the Plaintiff in this matter. I contacted the attorney(s) for the opposing party(ies) in this action to agree upon a date for a Status Hearing.

2. The attorney(s) for the opposing party(ies) [or the pro se ] is/are:

   David Ledger, Esq.

   Michael D. Flynn, Jr., Esq.

   Howard Trapp, Esq.

3. We agreed upon the following date: **THURSDAY, FEBRUARY 14, 2008.**

**ORIGINAL**

                    LAW OFFICES OF WILLIAM L. GAVRAS

Date: 2-6, 2008.       By: _____
                                 WILLIAM L. GAVRAS, ESQ
                                 Attorney for Plaintiff
                                 ROBERT DEL ROSARIO