William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368



FILED
DISTRICT COURT OF GUAM

FEB 0 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

ROBERT DEL ROSARIO,

    Plaintiff,

vs.

JAPAN AIRLINES INTERNATIONAL
CO., LTD.,

    Defendant.

CIVIL CASE NO. 04-00028

ERRATA OF AGREEMENT
OF HEARING DATE

Pursuant to Local Rule 7.1, I, William L. Gavras, Esq. declare as follows:

1.    I inadvertently indicated in my Agreement of Hearing Date, which was filed on February 7, 2008, in the District Court of Guam, that Howard Trapp, Esq. agreed to the hearing date of February 14, 2008, for a Status Hearing in the above-captioned matter.

2.    Howard Trapp, Esq. has not agreed to this date *and specifically declined to agree to any date in this matter*.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: 2-7, 2008.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Plaintiff
ROBERT DEL ROSARIO

ORIGINAL

**Del Rosario et. al. v. Japan Airlines International, et. al.,; CV04-00028**
**Errata of Agreement of Hearing Date**
**February 2008**

## CERTIFICATE OF SERVICE

I, Rosalyn Pangelinan, hereby certify that on the 7th day of February, 2008, I caused a copy of the Errata of Agreement of Hearing Date to be served via facsimile and hand delivery to David Ledger, Esq., Michael D. Flynn, Jr., Esq., and Howard Trapp, Esq.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: Feb 7, 2008.      By: _____
                              ROSALYN PANGELINAN