DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. 04-00028<br><br><br><br><br><br>**ORDER** |

On December 19, 2007, the Court of Appeals for the Ninth Circuit issued its Judgment affirming this court's finding that the parties contracted to settle this action for $175,000.00. Accordingly, the parties shall appear before the court for a status hearing to be held on Friday, April 4, 2008, at 10:00 a.m. The parties should appear prepared to address the disposition and disbursement of the settlement proceeds.

In this regard, persons or entities who claim an interest in the settlement proceeds shall file a report no later than March 27, 2008, setting forth the nature of the interest and the amount claimed. If the Plaintiff refutes any person or entity's claim of interest in the settlement proceeds, he shall file an opposition to said claim by April 1, 2008.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Mar 20, 2008**