(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Plaintiff

**FILED**
DISTRICT COURT OF GUAM

MAR 26 2008

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

----

| | | |
|---|---|---|
| ROBERTO J. DEL ROSARIO, | ( ) | Civil Case No. 04-00028 |
| Plaintiff, | ( ) | MOTION TO WITHDRAW |
| vs. | ( ) | |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | ( ) | |
| Defendant. | ( ) | |

----

The undersigned attorney for Plaintiff respectfully moves the Court for leave to withdraw as counsel for Plaintiff on the ground that Plaintiff has disappeared.

Dated, Hagåtña, Guam,

March 26, 2008.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Plaintiff

(DOCUMENT\Withdraw.RDRosario)

(MOTION TO WITHDRAW)
Civil Case No. 04-00028

## DECLARATION

I, Howard Trapp, declare that I am the attorney of record for Plaintiff in this matter.

2. For months I have not been able to communicate with Plaintiff.

3. For months I have not been able to locate Plaintiff.

4. For months Plaintiff has failed to keep in touch with me.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on March 26, 2008, at Hagåtña, Guam.

_/s/ Howard Trapp_
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Plaintiff

2

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Plaintiff herein, and that I served the document to which this declaration is annexed on Roberto J. Del Rosario, the Plaintiff herein, by mailing a copy thereof to Mr. Del Rosario at Post Office Box 7394, Tamuning, Guam, 96913, Mr. Del Rosario's last known address, all on March 26, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008, at Hagåtña, Guam.

_____
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Plaintiff herein, and that I served the document to which this declaration is annexed on David Ledger, Esq., Carlsmith Ball LLP, the attorney for Defendant herein, by leaving a copy thereof at Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, Hagåtña, Guam, Mr. Ledger's last known address, with a person in charge thereof, on March 26, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008, at Hagåtña, Guam.

_____
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Plaintiff herein, and that I served the document to which this declaration is annexed on William L. Gavras, Esq., the former attorney for Plaintiff herein, by leaving a copy thereof at 101 Salisbury Street, Dededo, Guam, Mr. Gavras's last known address, with a person in charge thereof, on March 26, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008, at Hagåtña, Guam.

/s/ Reina Y. Urbien
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Plaintiff herein, and that I served the document to which this declaration is annexed on Michael D. Flynn, Jr., Esq., Maher•Yanza•Flynn•Timblin, LLP, the attorney for Hayao Suehiro, by leaving a copy thereof at 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam, Mr. Flynn's last known address, with a person in charge thereof, on March 26, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008, at Hagåtña, Guam.

REINA Y. URBIEN