IN THE DISTRICT COURT OF GUAM

ROBERT J. DEL ROSARIO,   CIVIL CASE NO. 04-00028

    Plaintiff,

vs.   CLAIM OF GREGORY MILLER, D.C.

JAPAN AIRLINES INTERNATIONAL CO., LTD.,

    Defendant.
_____/

I claim $7,075.34 out of the settlement in this case. Attached are my liens and medical billings.

_____
Gregory J. Miller, D.C.
Pro se

## DECLARATION OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing will be hand delivered on March 27, 2008 to Howard Trapp, Michael Flynn and David Ledger.

_____

**FILED**
DISTRICT COURT OF GUAM
MAR 27 2008
JEANNE G. QUINATA
Clerk of Court

**ORIGINAL**

Gregory J. Miller, D.C.  
2078 Ste C Rte 16  
Dededo, GU 96929  

(671) 637-7926  

**STATEMENT**

Date: 03/27/2008

Last Claim:     10/31/2003  
Last Payment:  
Last Charge:    03/07/2008

Robert J Del Rosario  
P.o. Box 7394  
Tamuning, GU 96931

Patient: **Del Rosario, Robert J**     Case Type: **MVAGG**     Account No: **9460-1**

| Date | Dr | Description | Code | Modifier | Charge | Credit | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/10/2002 | 1 | Expanded History/Exam | 99202 | | 60.00 | 60.00 | .00 | .00 |
| 11/04/2002 | 1 | CMT One to Two Regions | 98940 | | 32.00 | 32.00 | .00 | .00 |
| 11/05/2002 | 1 | CMT One to Two Regions | 98940 | | 32.00 | .00 | .00 | 32.00 |
| 11/07/2002 | 1 | CMT One to Two Regions | 98940 | | 32.00 | 32.00 | .00 | 32.00 |
| 11/07/2002 | 1 | bal | | | .00 | 32.00 | .00 | 00 |
| 11/26/2002 | 1 | CMT One to Two Regions | 98940 | | 32.00 | 32.00 | .00 | .00 |
| 11/29/2002 | 1 | CMT One to Two Regions | 98940 | | 32.00 | 32.00 | .00 | .00 |
| 11/30/2002 | 1 | CMT One to Two Regions | 98940 | | 32.00 | 32.00 | .00 | .00 |
| 04/17/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 40.00 |
| 04/18/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 80.00 |
| 04/18/2003 | 1 | Extremeties | 98943 | | 20.00 | 00 | .00 | 100.00 |
| 04/18/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 122.00 |
| 04/19/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 162.00 |
| 04/19/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 184.00 |
| 04/22/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 204.00 |
| 04/22/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 244.00 |
| 04/22/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 266.00 |
| 04/24/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 286.00 |
| 04/24/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | 00 | .00 | 326.00 |
| 04/24/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 348.00 |
| 04/25/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 368.00 |
| 04/25/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 390.00 |
| 04/25/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 430.00 |
| 05/20/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 452.00 |
| 05/20/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 472.00 |
| 05/20/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 512.00 |
| 05/22/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 534.00 |
| 05/22/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 574.00 |
| 05/22/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 594.00 |
| 05/23/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 634.00 |
| 05/23/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 654.00 |
| 05/23/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 676.00 |

Gregory J. Miller, D.C.  
2078 Ste C Rte 16  
Dededo, GU 96929

(671) 637-7926

S T A T E M E N T

Date: 03/27/2008

Last Claim: 10/31/2003  
Last Payment:  
Last Charge: 03/07/2008

Robert J Del Rosario  
P.o. Box 7394  
Tamuning, GU 96931

Patient: Del Rosario, Robert J   Case Type: MVAGG   Account No: 9460-1

| Date | Dr | Description | Code | Modifier | Charge | Credit | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/24/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 716.00 |
| 05/24/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 736.00 |
| 05/24/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 758.00 |
| 05/27/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 780.00 |
| 05/27/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 800.00 |
| 05/27/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 840.00 |
| 05/30/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 860.00 |
| 05/30/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 882.00 |
| 05/30/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 922.00 |
| 05/31/2003 | 1 | INS CK 0013268 | | | .00 | 150.00 | .00 | 772.00 |
| 05/31/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 812.00 |
| 05/31/2003 | 1 | Extremeties | 98943 | | 20.00 | .00 | .00 | 832.00 |
| 05/31/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 854.00 |
| 07/11/2003 | 1 | Ins Pd: 05-20-2003 > 05-31-200: | | | .00 | .00 | .00 | 854.00 |
| 07/11/2003 | 1 | INS CK 13498 | | | .00 | 100.00 | .00 | 754.00 |
| 07/24/2003 | 1 | X-ray Analysis | 96499 | | 30.00 | .00 | .00 | 784.00 |
| 07/24/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 824.00 |
| 07/25/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 846.00 |
| 07/25/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 886.00 |
| 07/26/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 926.00 |
| 07/26/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 948.00 |
| 07/31/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 970.00 |
| 07/31/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 1,010.00 |
| 08/01/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 1,050.00 |
| 08/01/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,072.00 |
| 08/02/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,094.00 |
| 08/02/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | 00 | 1,134.00 |
| 08/05/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 1,174.00 |
| 08/05/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,196.00 |
| 08/07/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,218.00 |
| 08/07/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 1,258.00 |
| 08/09/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 1,298.00 |

Page 2 Of 7

Gregory J. Miller, D.C.
2078 Ste C Rte 16
Dededo, GU 96929
(671) 637-7926

**STATEMENT**

Date: 03/27/2008

Last Claim: 10/31/2003
Last Payment:
Last Charge: 03/07/2008

Robert J Del Rosario
P.o. Box 7394
Tamuning, GU 96931

Patient: Del Rosario, Robert J	Case Type: MVAGG	Account No: 9460-1

| Date | Dr | Description | Code | Modifier | Charge | Credit | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/09/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,320.00 |
| 08/15/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,342.00 |
| 08/15/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 40.00 | .00 | .00 | 1,382.00 |
| 09/15/2003 | 1 | Copy of file | 99070 | | 25.00 | .00 | .00 | 1,407.00 |
| 09/18/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,429.00 |
| 09/18/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 1,473.00 |
| 09/19/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 1,517.00 |
| 09/19/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,539.00 |
| 09/20/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 1,583.00 |
| 09/20/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,605.00 |
| 09/22/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,627.00 |
| 09/22/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 1,671.00 |
| 09/23/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 1,715.00 |
| 09/23/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,737.00 |
| 09/25/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 1,781.00 |
| 09/25/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,803.00 |
| 09/26/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,825.00 |
| 09/26/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 1,869.00 |
| 09/29/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,891.00 |
| 09/29/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 1,935.00 |
| 09/30/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 1,957.00 |
| 09/30/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,001.00 |
| 10/02/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,045.00 |
| 10/02/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,067.00 |
| 10/02/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,089.00 |
| 10/02/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,133.00 |
| 10/03/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,155.00 |
| 10/03/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,199.00 |
| 10/09/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,243.00 |
| 10/09/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,265.00 |
| 10/14/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,287.00 |
| 10/14/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,331.00 |

Gregory J. Miller, D.C.  
2078 Ste C Rte 16  
Dededo, GU 96929  
(671) 637-7926

**STATEMENT**

Date: 03/27/2008

Last Claim:   10/31/2003  
Last Payment:  
Last Charge:  03/07/2008

Robert J Del Rosario  
P.o. Box 7394  
Tamuning, GU 96931

Patient: Del Rosario, Robert J     Case Type: **MVAGG**     Account No: **9460-1**

| Date | Dr | Description | Code | Modifier | Charge | Credit | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/16/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,353.00 |
| 10/16/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,397.00 |
| 10/17/2003 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,441.00 |
| 10/17/2003 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,463.00 |
| 10/17/2003 | 1 | Detailed Hist/Exam | 99214 | | 75.00 | .00 | 00 | 2,538.00 |
| 01/06/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,560.00 |
| 01/06/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,604.00 |
| 01/08/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,626.00 |
| 01/08/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,670.00 |
| 01/09/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,692.00 |
| 01/09/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,736.00 |
| 01/12/2004 | 1 | Focused Consultation | 99212 | | 35.00 | .00 | 00 | 2,771.00 |
| 01/12/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,793.00 |
| 01/12/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,837.00 |
| 01/13/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,859.00 |
| 01/13/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,903.00 |
| 01/15/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 2,925.00 |
| 01/15/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 2,969.00 |
| 01/16/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | 00 | 2,991.00 |
| 01/16/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,035.00 |
| 01/19/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,057.00 |
| 01/19/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,101.00 |
| 01/20/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,123.00 |
| 01/20/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,167.00 |
| 01/21/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,189.00 |
| 01/21/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,233.00 |
| 01/31/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,255.00 |
| 01/31/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,299.00 |
| 02/05/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,321.00 |
| 02/05/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,365.00 |
| 02/06/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,387.00 |
| 02/06/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,431.00 |

Page 4 Of 7

Gregory J. Miller, D.C.  
2078 Ste C Rte 16  
Dededo, GU 96929  

(671) 637-7926  

**STATEMENT**

Date: 03/27/2008

Last Claim:     10/31/2003  
Last Payment:  
Last Charge:    03/07/2008

Robert J Del Rosario  
P.o. Box 7394  
Tamuning, GU 96931

Patient: **Del Rosario, Robert J**     Case Type: **MVAGG**     Account No: **9460-1**

| Date | Dr | Description | Code | Modifier | Charge | Credit | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/19/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,453.00 |
| 02/19/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,497.00 |
| 02/20/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,519.00 |
| 02/20/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,563.00 |
| 02/24/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,585.00 |
| 02/24/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,629.00 |
| 02/27/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,651.00 |
| 02/27/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,695.00 |
| 03/01/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,717.00 |
| 03/01/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,761.00 |
| 03/05/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,783.00 |
| 03/05/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,827.00 |
| 03/12/2004 | 1 | TP/G5 | 97124-52 | | 22.00 | .00 | .00 | 3,849.00 |
| 03/12/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,893.00 |
| 06/29/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,937.00 |
| 07/02/2004 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 3,981.00 |
| 11/30/2004 | 1 | interest | 99070 | | 42.99 | .00 | .00 | 4,023.99 |
| 12/31/2004 | 1 | interest | 99070 | | 43.46 | .00 | .00 | 4,067.45 |
| 01/31/2005 | 1 | interest | 99070 | | 43.93 | .00 | .00 | 4,111.38 |
| 02/14/2005 | 1 | Comprehensive Exam | 99215 | | 140.00 | .00 | .00 | 4,251.38 |
| 02/14/2005 | 1 | TP/G5 | 9712452 | | 22.00 | .00 | .00 | 4,273.38 |
| 02/14/2005 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 4,317.38 |
| 02/24/2005 | 1 | TP/G5 | 9712452 | | 22.00 | .00 | .00 | 4,339.38 |
| 02/24/2005 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 4,383.38 |
| 02/28/2005 | 1 | interest | 99070 | | 48.77 | .00 | .00 | 4,432.15 |
| 03/01/2005 | 1 | TP/G5 | 9712452 | | 22.00 | .00 | .00 | 4,454.15 |
| 03/01/2005 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 4,498.15 |
| 03/03/2005 | 1 | TP/G5 | 9712452 | | 22.00 | .00 | .00 | 4,520.15 |
| 03/03/2005 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 4,564.15 |
| 03/11/2005 | 1 | TP/G5 | 9712452 | | 22.00 | .00 | .00 | 4,586.15 |
| 03/11/2005 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 4,630.15 |
| 03/14/2005 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 4,674.15 |

Gregory J. Miller, D.C.
2078 Ste C Rte 16
Dededo, GU 96929

(671) 637-7926

**STATEMENT**

Date: 03/27/2008

Last Claim: 10/31/2003
Last Payment:
Last Charge: 03/07/2008

Robert J Del Rosario
P.o. Box 7394
Tamuning, GU 96931

Patient: Del Rosario, Robert J  Case Type: MVAGG  Account No: 9460-1

| Date | Dr | Description | Code | Modifier | Charge | Credit | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/15/2005 | 1 | TP/G5 | 9712452 | | 22.00 | .00 | .00 | 4,696.15 |
| 03/15/2005 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 4,740.15 |
| 03/28/2005 | 1 | TP/G5 | 9712452 | | 22.00 | .00 | .00 | 4,762.15 |
| 03/28/2005 | 1 | CMT 3 to 4 Regions | 98941 | | 44.00 | .00 | .00 | 4,806.15 |
| 03/31/2005 | 1 | interest | 99070 | | 51.91 | .00 | .00 | 4,858.06 |
| 04/30/2005 | 1 | interest | 99070 | | 52.47 | .00 | .00 | 4,910.53 |
| 05/31/2005 | 1 | interest | 99070 | | 53.03 | .00 | .00 | 4,963.56 |
| 06/30/2005 | 1 | interest | 99070 | | 53.61 | .00 | .00 | 5,017.17 |
| 07/31/2005 | 1 | interest | 99070 | | 54.19 | .00 | .00 | 5,071.36 |
| 08/31/2005 | 1 | Interest | 99070 | | 54.77 | .00 | .00 | 5,126.13 |
| 09/30/2005 | 1 | Interest | 99070 | | 55.36 | .00 | .00 | 5,181.49 |
| 10/31/2005 | 1 | Interest | 99070 | | 55.96 | .00 | .00 | 5,237.45 |
| 11/30/2005 | 1 | Interest | 99070 | | 56.56 | .00 | .00 | 5,294.01 |
| 12/31/2005 | 1 | Interest | 99070 | | 57.18 | .00 | .00 | 5,351.19 |
| 01/31/2006 | 1 | Interest | 99070 | | 57.80 | .00 | .00 | 5,408.99 |
| 02/28/2006 | 1 | Interest | 99070 | | 58.42 | .00 | .00 | 5,467.41 |
| 03/31/2006 | 1 | Interest | 99070 | | 59.05 | .00 | .00 | 5,526.46 |
| 04/30/2006 | 1 | Interest | 99070 | | 59.69 | .00 | .00 | 5,586.15 |
| 05/31/2006 | 1 | Interest | 99070 | | 60.33 | .00 | .00 | 5,646.48 |
| 06/30/2006 | 1 | Interest | 99070 | | 60.98 | .00 | .00 | 5,707.46 |
| 07/31/2006 | 1 | Interest | 99070 | | 61.64 | .00 | .00 | 5,769.10 |
| 08/31/2006 | 1 | Interest | 99070 | | 62.31 | .00 | .00 | 5,831.41 |
| 09/30/2006 | 1 | Interest | 99070 | | 62.98 | .00 | .00 | 5,894.39 |
| 10/31/2006 | 1 | Interest | 99070 | | 63.66 | .00 | .00 | 5,958.05 |
| 11/30/2006 | 1 | Interest | 99070 | | 64.35 | .00 | .00 | 6,022.40 |
| 12/26/2006 | 1 | Interest | 99070 | | 65.04 | .00 | .00 | 6,087.44 |
| 01/31/2007 | 1 | Interest | 99070 | | 65.74 | .00 | .00 | 6,153.18 |
| 02/28/2007 | 1 | Interest | 99070 | | 66.45 | .00 | .00 | 6,219.63 |
| 03/31/2007 | 1 | Interest | 99070 | | 67.17 | .00 | .00 | 6,286.80 |
| 04/30/2007 | 1 | Interest | 99070 | | 67.90 | .00 | .00 | 6,354.70 |
| 05/29/2007 | 1 | Interest | 99070 | | 68.63 | .00 | .00 | 6,423.33 |
| 06/30/2007 | 1 | Interest | 99070 | | 69.37 | .00 | .00 | 6,492.70 |

Gregory J. Miller, D.C.
2078 Ste C Rte 16
Dededo, GU 96929
(671) 637-7926

**STATEMENT**

Date: 03/27/2008

Last Claim:    10/31/2003
Last Payment:
Last Charge:   03/07/2008

Robert J Del Rosario
P.o. Box 7394
Tamuning, GU 96931

Patient: **Del Rosario, Robert J**     Case Type: **MVAGG**     Account No: **9460-1**

| Date | Dr | Description | Code | Modifier | Charge | Credit | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/31/2007 | 1 | Interest | 99070 | | 70.12 | .00 | .00 | 6,562.82 |
| 08/30/2007 | 1 | Interest | 99070 | | 70.88 | .00 | .00 | 6,633.70 |
| 09/30/2007 | 1 | Interest | 99070 | | 71.64 | .00 | .00 | 6,705.34 |
| 10/31/2007 | 1 | Interest | 99070 | | 72.42 | .00 | .00 | 6,777.76 |
| 11/30/2007 | 1 | Interest | 99070 | | 73.20 | .00 | .00 | 6,850.96 |
| 01/18/2008 | 1 | Interest (Dec. 2007) | 99070 | | 73.99 | .00 | .00 | 6,924.95 |
| 02/05/2008 | 1 | Interest (January 2008) | 99070 | | 74.79 | .00 | .00 | 6,999.74 |
| 03/07/2008 | 1 | Interest (Feb. 2008) | 99070 | | 75.60 | .00 | .00 | 7,075.34 |
| | | | | TOTALS: | 7,577.34 | 502.00 | .00 | |

MESSAGE:

For proper credit, please enclose this portion with your payment.

Robert J Del Rosario
P.o. Box 7394
Tamuning, GU 96931

Gregory J. Miller, D.C.
2078 Ste C Rte 16
Dededo, GU 96929

Statement Date:  03/27/2008
Account No:      9460-1
Balance:         $ 7,075.34
Pay This Amount: $ .00
Amount Enclosed: _____
                 Please fill in amount.
Date Due:        On Receipt
                 **Thank you.**

Page 7 of 7

## STATEMENT OF PAYMENT AGREEMENT

I, _ROBERT DELROSARIO_, the undersigned promise to pay the Marianas Chiropractic Clinic ("Clinic") the balance due on this account from the date of the first treatment to the date of the last treatment for services and /or supplies rendered. I agreed to pay the Clinic the total sum on my account with interest rate at the rate of 18% per annum of 1-1/2% per month on any unpaid balance outstanding after 30 days from the date of the last treatment. I further promise to use my efforts to discharge this indebtness as expeditiously as possible.

Should I default in any way to keep payments current on this indebtness, I Agree that this statement may be used as an admission of liability in any suit that may be filed in order to collect the monies owed to the clinic.

In the event it is necessary to refer this matter to an attorney for collection, or judicial or non- judicial proceedings are instituted to collect any amount on this agreement, the undersigned agrees to pay to the clinic in addition to the unpaid balance of principal and interest, all costs and expenses of such proceedings, including reasonable attorney's fees.

In the event of any default in payment of any installment due, and if such default remains uncured five (5) days after written notice is given, then the full balance of the unpaid principal with unpaid interest may be declared immediately due and payable.

A photographic or electronic copy of this agreement shall be considered as effective and valid as the original.

Date: **APR 17 2003**

X _ROBERT DEL ROSARIO_
print name

X _P.O. BOX 7394_
mailing address

X _TAM. GUAM 96931_
city     state     zip

X _(signature)_
signature

Marianas Chiropractic Clinic
Dr. Gregory J. Miller
2078 C Route 16
Harmon, GU 96912

*Marianas Chiropractic Clinic*
**DR. GREGORY J. MILLER**
2078 Route 16, Suite C
Harmon, Guam 96912
Telephone: (671) 637-7926/6683
Fax: (671) 637-8887
Email: gmdc@netpci.com

Robert Del Rosario


FAXED 4/21/03

## RE : CHIROPRACTIC REPORTS AND DOCTOR'S LIEN

I do authorize Dr. Gregory J. Miller, D.C. to furnish you my attorney, with a full report of his examination, diagnosis, treatment, prognosis, etc. of myself in regard to the accident in which I was involved.

I authorize you, my attorney, to pay directly to Dr. Miller such sums as maybe due and owing him for chiropractic service rendered me both by reason of this accident and by reason of any other bills that are due his office and to withhold such sums from any settlements, judgment or verdict which maybe paid to you, my attorney, or myself as the result of the injuries for which I have been treated or injuries in connection with the accident.

I give Dr. Miller a lie ( a priority claim ) on the proceeds from any such settlement judgment or verdict to the extent of his chiropractic fees for his treatment of the injuries I sustained as a result of this accident.

I fully understand that I am directly and fully responsible to Dr. Miller for all chiropractic bills submitted by him for service rendered me and that this agreement is made solely for Dr. Miller additional protection and in consideration for his awaiting payment. I further understand that such payment is not contingent on any settlement, judgment or verdict by which I may eventually recover these chiropractic fees.

I have been advised that if my attorney does not wish to cooperate in protecting the doctor's interest, the doctor will await payment, but will require to make payments on a current basis.

ROBERT DEL ROSARIO     4-19-03
Print Name              Date              Signature

The undersigned being attorney of record for the above patient agrees to observe all the terms of the above and agrees to withhold such sums from any settlement, judgment or verdict as maybe necessary to adequately protect Dr. Gregory J. Miller

Date: 4/23/03

Attorney' Signature

Please date, sign and return one copy to doctor's office. Keep one copy for your record.

**A photographic or electronic copy of this agreement shall considered effective and valid the original.**