Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
Second Floor, K&F Building
213 E. Buenavista Ave.
Dededo, Guam 96929
Telephone: 671-637-9620
Facsimile: 671-637-9660

**FILED**
DISTRICT COURT OF GUAM

APR 0 1 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO, | CIVIL CASE NO. CIV04-00028 |
| Plaintiff | |
| vs. | DECLARATION OF MARK WILLIAMS |
| JAPAN AIRLINES INTERNATIONAL CO., LTD. | |
| Defendant | |

GUAM U.S.A.    )
               ) ss:
CITY OF DEDEDO )

I, MARK WILLIAMS, being first duly sworn, depose and state as follows:

1. That attached and identified as "Exhibit A", are true and accurate copies of the declarations, assignment agreements and guaranty agreements I received from the individuals undersigned on each agreement, reflecting the details of the transactions of each of these individuals with the Plaintiff in this matter.

I declare under penalty of perjury under the laws of Guam the foregoing statements are true and correct to the best of my knowledge.

_____  3/31/08
MARK WILLIAMS            Date

**ORIGINAL**