# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-04-00028                  DATE: April 04, 2008
CAPTION: Robert J. Del Rosario vs Japan Airlines International, Co. Ltd.

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio     Electronically Recorded: 10:04:37 - 10:45:13
CSO: F. Tenorio

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Howard Trapp | David Ledger - Japan Airlines |
| | Michael D. Flynn, Jr. - Hayao Suehiro |
| | William Gavras - Law Firm of Gorman and Gavras, William Gavras |
| | Mark Williams - Claimant |

---

**PROCEEDINGS:** Status Conference
- Motion to withdraw by Mr. Trapp <u>granted</u>.
- Parties to meet and draft a nunc pro tunc judgment and submit it to the court for approval.

NOTES: