(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Plaintiff

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| ROBERTO J. DEL ROSARIO, | ( | Civil Case No. 04-00028 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | ( ) | |
| | ( | |
| Defendant. | ) | |

------------

Howard Trapp having moved for leave to withdraw as counsel for Plaintiff in this action, and the Court being fully advised,

IT IS ORDERED that the motion is granted and that Howard Trapp may withdraw as counsel for Plaintiff.

Dated at Hagåtña, Guam, this 4th day of April, 2008.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

(DOCUMENT\ORDER.RDRosario)