(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Withdrawing Attorney for Plaintiff
   Roberto J. Del Rosario

**FILED**
DISTRICT COURT OF GUAM

APR 0 8 2008 

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| ROBERTO J. DEL ROSARIO, et al., | ( ) ( | Civil Case No. 04-00028 |
| Plaintiffs, | ) ( | WITHDRAWAL OF REPRESENTATION AS COUNSEL FOR PLAINTIFF |
| vs. | ) ( | ROBERTO J. DEL ROSARIO |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | ) ( ) | |
| Defendant. | ( | |

------------

Howard Trapp, pursuant to the Court's order granting leave to withdraw representation as counsel for Plaintiff Roberto J. Del Rosario, withdraws representation as counsel for Plaintiff Roberto J. Del Rosario in this action.

Dated at Hagåtña, Guam, this 7th day of April, 2008.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Withdrawing attorney for
   Plaintiff Roberto J. Del Rosario

(DOCUMENT\WDrawRep.RDRosario)

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the withdrawing attorney for Plaintiff Roberto J. Del Rosario herein, and that I served the document to which this declaration is annexed on Plaintiff Roberto J. Del Rosario by mailing a copy thereof to Post Office Box 7394, Tamuning, Guam 96913, Mr. Del Rosario's last known address, all on April 8, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2008, at Hagåtña, Guam.

REINA Y. URBIEN

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the withdrawing attorney for Plaintiff Roberto J. Del Rosario herein, and that I served the document to which this declaration is annexed on David Ledger, Esq., Carlsmith Ball LLP, the attorneys for Defendant herein, by mailing a copy thereof to 134 West Soledad Avenue, Bank of Hawaii Building, Suite 401, Hagåtña, Guam 96910, Mr. Ledger's last known address, with a person in charge thereof, on April 8, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2008, at Hagåtña, Guam.

REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the withdrawing attorney for Plaintiff Roberto J. Del Rosario herein, and that I served the document to which this declaration is annexed on William L. Gavras, Esq., the former attorney for Plaintiff Roberto J. Del Rosario herein, by mailing a copy thereof to 101 Salisbury Street, Dededo, Guam 96929, Mr. Gavras's last known address, with a person in charge thereof, on April 8, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2008, at Hagåtña, Guam.

_____
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the withdrawing attorney for Plaintiff Roberto J. Del Rosario herein, and that I served the document to which this declaration is annexed on Michael D. Flynn, Jr., Esq., Maher•Yanza•Flynn•Timblin, LLP, the attorneys for Hayao Suehiro herein, by mailing a copy thereof to 115 Hesler Place, Ground Floor, Governor Flores Building, Hagåtña, Guam 96910, Mr. Flynn's last known address, with a person in charge thereof, on April 8, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2008, at Hagåtña, Guam.

/s/ REINA Y. URBIEN