CARLSMITH BALL LLP

DAVID LEDGER
dledger@carlsmith.com
ELYZE J. McDONALD
emcdonald@carlsmith.com
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone No. 671.472.6813
Facsimile No. 671.477.4375

**FILED**
DISTRICT COURT OF GUAM

JUN 0 2 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant
Japan Airlines International Co., Ltd.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERTO J. DEL ROSARIO and MELANIE DEL ROSARIO,<br><br>Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INTERNATIONAL CO., LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00028<br><br>**NOTICE OF DEPOSIT OF SETTLEMENT FUNDS WITH THE CLERK OF COURT; DECLARATION OF SERVICE** |

In accordance with the Judgment filed in this action on May 5, 2008, Japan Airlines International Co., Ltd. (JAL) hereby informs the Court and the Parties that JAL has on the date indicated below deposited settlement proceeds in the amount of $174,923.50 with the Clerk of Court

DATED: Hagåtña, Guam, June 2, 2008.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Japan Airlines International Co., Ltd.



ORIGINAL

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on June 2, 2008, I will cause to be served, via hand delivery, a true and correct copy of the NOTICE OF DEPOSIT OF SETTLEMENT FUNDS WITH THE CLERK OF COURT; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

>
> Howard Trapp, Esq.
> Howard Trapp Incorporated
> 200 Saylor Building
> 139 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Michael D. Flynn, Esq.
> Maher•Yanza•Flynn•Timblin, LLP
> 115 Hesler Place, Ground Floor
> Governor Flores Building
> Hagåtña, Guam 96910-5004

and
> William L. Gavras, Esq.
> Law Offices of William Gavras
> 101 Salisbury Street
> Dededo, Guam 96929

Executed this 2nd day of June 2008 at Hagåtña, Guam.

_____
DAVID LEDGER