William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368

FILED
DISTRICT COURT OF GUAM
JUN 12 2008
JEANNE G. QUINATA
Clerk of Court

FILED
SUPERIOR COURT
OF GUAM
2008 JUN 12 PM 4:03
CLERK OF COURT
BY:_____

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT DEL ROSARIO, | CIVIL CASE NO. 04-00028 |
| Plaintiff, | |
| vs. | NOTICE OF RELEASE |
| JAPAN AIRLINES INTERNATIONAL CO., LTD., | |
| Defendant. | |

Attached hereto is a Release regarding competing claims to settlement monies in the above-captioned matter.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: 1-12, 2008.          By: _____
                               WILLIAM L. GAVRAS, ESQ.
                               Attorney for Plaintiff
                               ROBERT DEL ROSARIO

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing will be served on David Ledger, Michael Flynn, Gregory Miller on or before January 13, 2008.

_____
William Gavras

# RELEASE

This Release memorializes an Agreement made between Gregory Miller, D.C. (hereinafter "Miller", Gorman & Gavras P.C. (hereinafter "Gavras"), and Hayao Shuehiro (hereinafter "Shuehiro").

The purpose of this Release is to resolve competing claims to settlement funds which resulted from a personal injury action in Del Rosario v. Japan Airlines; CV04-00028 filed in the United States District Court of Guam (hereinafter "the settlement funds").

In exchange for the promises made herein Miller agrees to waive, disavow, release, and retract any claim and lien he has in the settlement funds in their entirety. In return, Miller shall receive two thousand dollars from Shuehiro and two thousand dollars from Gavras contingent upon Gavras and Shuehiro receiving those amounts from the settlement funds.

This agreement applies to and is binding upon the heirs, successors and assigns of the parties.

_____
Gregory Miller, D.C.

_____
Michael D. Flynn, Jr., Esq.
as attorney for Hayao Shuehiro

_____
William Gavras, Esq.
As attorney for Gorman & Gavras, P.C.