**Michael D. Flynn, Jr., Esq.**
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
**115 Hesler Place, Ground Floor**
**Governor Joseph Flores Building**
**Hagåtña, Guam 96910**
**Telephone No.:  (671) 477-7059**
**Facsimile No.:  (671) 472-5487**

**Attorneys for HAYAO SUEHIRO**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **ROBERT J. DEL ROSARIO,** ) | **CIVIL CASE NO. 04-00028** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER RE: DISBURSEMENT OF** |
| ) | **SETTLEMENT FUNDS** |
| **JAPAN AIRLINES INT'L CO., LTD.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

This Court having received from Japan Airlines International Co., Ltd., the total sum of $174,923.50, representing the settlement proceeds less costs on appeal, pursuant to the Judgment filed in this action on May 5, 2008,

IT IS HEREBY ORDERED that the Clerk of Court is hereby instructed to immediately issue and disburse the settlement proceeds, totaling $174,923.50, on deposit with the Court, as follows:

1.  The sum of $38,384.99 to the Law Offices of William L. Gavras, representing his attorney's fees and costs; and

2.  The balance remaining of $136,538.51 to the Law Offices of Maher Yanza Flynn Timblin, LLP, counsel of record for Hayao Suehiro,

1

representing partial payment on the Judgment entered in the case entitled, _Hayao Suehiro v. Robert J. Del Rosario and Melanie Del Rosario_, District Court of Guam, Civil Case No. 07-00017.

The disbursement of said funds is subject to the provisions of the Release entered into by William Gavras, counsel for Hayao Suerhiro, and Gregory Miller, D.C., a copy of which was filed with the court on June 12, 2008. See Docket No. 121.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 16, 2008**