# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| ROBERT J. DEL ROSARIO,<br><br>        Plaintiff,<br><br>vs.<br><br>JAPAN AIRLINES INT'L CO., LTD.,<br><br>        Defendant. | CIVIL CASE NO. 04-00028<br><br>**ACKNOWLEDGMENT OF<br>U.S. TREASURY CHECK** |

I, _Sureta Ann San Nicolas_, hereby acknowledge receipt of U.S. Treasury check no. 00045550, in the amount of $136,538.51, dated June 23, 2008. Attached hereto is a copy of the check.

_06/24/08_
Date

_[signature]_
Signature



United States Treasury 15-51/C00    DISTRICT COURT  AGANA, GU    4694-00045550
Check No.

06 23 08    CV-04-00028    00045550

Pay to the order of

LAW OFFICES OF MAHER YANZA
FLYNN TIMBLIN, LLP
115 HESLER PLACE, GROUND FLOOR
GOVERNOR JOSEPH FLORES BLDG.
HAGATNA , GU 96910

$***136,538*51
VOID AFTER ONE YEAR

DISBURSING OFFICER

REF. NO.

⑊46948⑊  ⑉000000518⑉  00045550⑊