
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ROBERT J. DEL ROSARIO,

        Plaintiff,

vs.

JAPAN AIRLINES INT'L CO., LTD.,

        Defendant.

CIVIL CASE NO. 04-00028

**ACKNOWLEDGMENT OF U.S. TREASURY CHECK**

I, _Romy A. Cruz_, hereby acknowledge receipt of U.S. Treasury check no. 00045551, in the amount of $38,384.99, dated June 23, 2008. Attached hereto is a copy of the check.

_6/24/08_
Date

_[Signature]_
Signature



United States Treasury 15-51/000

DISTRICT COURT
AGANA, GU

4694-00045551
Check No.

06 23 08     CV-04-00028                    00045551

Pay to
the order of

LAW OFFICES OF WILLIAM L. GAVRAS
101 SALISBURY STREET                $****38,384*99
DEDEDO  ,  GU  96929
                                    VOID AFTER ONE YEAR

                                    *Rosita P. San Nicolas*
REF. NO.                            DISBURSING OFFICER

⑈46948⑈  ⑆000000518⑆  000455510⑈